UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERT VLADIMIR,<br>individually and on behalf of<br>others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>BIOENVISION, INC., CHRISTOPHER B.<br>WOOD and JAMES S. SCIBETTA,<br>             Defendants. | CIVIL ACTION NO.<br>07-CV-6416-(SHS) |

## DEFENDANT BIOENVISION, INC.'s CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the United States District Court for the Southern District of New York, Defendant Bioenvision, Inc. ("Bioenvision") submits the following corporate disclosure statement:

Bioenvision hereby states that it does not have a parent corporation. The following publicly held corporation owns ten percent or more of Bioenvision's stock: Genzyme Corporation.

Dated: July 24, 2007

1

BIOENVISION, INC., CHRISTOPHER B.
WOOD AND JAMES S. SCIBETTA

By their attorneys,

/s/ Glenn S. Kerner
Glenn S. Kerner (GK 2482)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

and

Brian E. Pastuszenski
Alexis L. Shapiro
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02110
(617) 570-1000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non registered participants on July 24, 2007.

/s/ Glenn S. Kerner
Glenn S. Kerner