UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

BERT VLADIMIR, individually and on behalf of   :
all others similarly situated,
                                               :
                        Plaintiff,
                                               :
            -against-
                                               :
BIOENVISION, INC., *ET AL.,*
                                               :
                        Defendants.
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/07

07 Civ. 6416 (SHS) (AJP)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**XX**   General Pretrial (includes scheduling,
        discovery, non-dispositive pretrial motions,
        and settlement)

_____   Specific Non-Dispositive Motion/Dispute:*

        If referral is for discovery disputes  when
        the District Judge is unavailable, the time
        period of the referral:_____

_____   Settlement*

_____   Inquest After Default/Damages Hearing

_____   Consent under 28 U.S.C. §636(c) for all
        purposes (including trial)

_____   Consent under 28 U.S.C.§636(c) for
        limited purpose (e.g., dispositive motion,
        preliminary injunction)

        Purpose:_____

_____   Habeas Corpus

_____   Social Security

_____   Dispositive Motion (i.e., motion requiring
        a Report and Recommendation)

        Particular Motion:_____

        All such motions: _____

Dated: New York, New York
       July 24, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S. District Judge

---

* Do not check if already referred for general pretrial.