UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BERT VLADIMIR, individually and on behalf of all          :
others similarly situated,

                                                          :

                        Plaintiff,                        :          07 Civ. 6416 (SHS) (AJP)

                                                          :
                -against-
                                                                              ORDER
                                                          :

BIOENVISION, INC., CHRISTOPHER B. WOOD
& JAMES S. SCIBETTA,                                      :

                        Defendants.                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**ANDREW J. PECK, United States Magistrate Judge:**

This case has been referred to me by Judge Stein for general pretrial purposes.

The parties are advised to provide my chambers with a courtesy copy of all papers hereafter filed with the Court in this matter.

As soon as defendant has responded to the complaint or counsel for defendant has appeared, whichever first occurs, the parties shall call my secretary (at 212-805-0036) to schedule the Initial Pretrial Conference.

Plaintiff is to serve this Order on defendant or defendant's counsel.

The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

C:\ORD\Referral Notice

2

\*   \*   \*

The plaintiff's Certification states that he sold 1,000 shares on May 1, 200<u>5</u>.  If

that is correct, he would not seem to be within the class.  If that is a typo, plaintiff should file

a corrected Certificate.

SO ORDERED.


DATED:      New York, New York
            July 25, 2007

Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:      Olimpio Lee Squitieri, Esq.
                                Judge Sidney H. Stein


C:\ORD\Referral Notice