UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BERT VLADIMIR, individually and on behalf of all others similarly situated,

            Plaintiff,

          -against-

BIOENVISION, INC., CHRISTOPHER B. WOOD & JAMES S. SCIBETTA,

           Defendants.

------------------------------------------------------------x

07 Civ. 6416 (SHS) (AJP)

ORDER SCHEDULING
STATUS CONFERENCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/26/07

**ANDREW J. PECK, United States Magistrate Judge:**

    IT IS HEREBY ORDERED that a status conference is scheduled for Monday, July 30, 2007 at 4:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street). Defense counsel may participate telephonically (by calling chambers, 212-805-0036, at the scheduled time).

    Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

    SO ORDERED.

Dated:    New York, New York
           July 26, 2007

                                      Andrew J. Peck
                                      United States Magistrate Judge

Copies **by fax & ECF** to:    Olimpio Lee Squitieri, Esq.
                                  Alexis L. Shapiro, Esq.
                                  Judge Sidney H. Stein