UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BERT VLADIMIR, individually and on behalf of others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIOENVISION, INC., CHRISTOPHER B. WOOD and JAMES S. SCIBETTA, )<br>Defendants. ) | CIVIL ACTION NO.<br>07-CV-6416-(SHS) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/07



[PROPOSED] **ORDER ADMITTING COUNSEL *PRO HAC VICE***

Upon consideration of the Assented-To Notice of Motion for Admission *Pro Hac Vice* of Brian E. Pastuszenski, Esq. and Stacey S. Baron, Esq., dated July 30, 2007, and the accompanying Affidavit of Glenn S. Kerner, sworn to on July 27, 2007, it is hereby:

**ORDERED** that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, Brian E. Pastuszenski, Esq. and Stacey S. Baron, Esq., are hereby admitted *pro hac vice* to the Bar of this Court for the purpose of representing Defendants Bioenvision, Inc., Christopher B. Wood and James S. Scibetta in the above-captioned proceeding, subject to payment of fee to the clerk of court.

_____
Andrew J. Peck
United States Magistrate Judge

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

Dated: 7/30, 2007

BY FAX

LIBA/1817195.1

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** __July 30, 2007__                                   **Total Number of Pages:** __2__

| TO | FAX NUMBER |
|---|---|
| Olimpio Lee Squitieri, Esq. | 212-421-6553 |
| Robert I. Harwood, Esq. | 212-753-3630 |
| Alexis L. Shapiro, Esq.<br>Brian E. Pastuszenski, Esq. | 617-523-1231 |
| Glenn S. Kerner, Esq. | 212-355-3333 |

# TRANSCRIPTION:

[Added at end of last sentence]:

. . . , **subject to payment of fees to the Clerk of Court.**

**Copy to:**   Judge Sidney H. Stein