

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERT VLADIMIR,<br>individually and on behalf of<br>others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>BIOENVISION, INC., CHRISTOPHER B.<br>WOOD and JAMES S. SCIBETTA,<br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>    CIVIL ACTION NO.<br>    07-CV-6416-(SHS) |

## STIPULATION AND [~~PROPOSED~~] ORDER
## TO EXTEND TIME TO RESPOND TO THE COMPLAINT

The parties hereto, by and through their counsel, hereby agree to extend the time within which defendants Bioenvision, Inc., Christopher B. Wood and James S. Scibetta (collectively the "Defendants") must answer, move or otherwise respond to the complaint in this action. Plaintiff has represented that he will file an amended complaint in this action. Thus, the parties respectfully request that the following schedule be ordered in this case:

- *P's Motion in Lead p'tiff (...) due by 9/19/07 (...)*

- The consolidated amended complaint shall be due ~~sixty (60)~~ days after the Court's selection of a lead plaintiff pursuant to § 78u-4(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.), as amended by the Private Securities Litigation Reform Act of 1995 (the "Reform Act").

- Defendants shall have ~~sixty (60)~~ days following the filing of the consolidated amended complaint to answer or otherwise respond to the complaint.

- If the Defendants move to dismiss the complaint or any amended complaint, plaintiff shall have ~~forty-five (45)~~ days from the receipt of Defendants' motion to file his opposition thereto.

- Following the receipt of plaintiff's opposition, Defendants shall have ~~forty-five (45)~~ days to file a reply brief in support of their motion to dismiss.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

1

Dated:  July 24, 2007

BERT VLADIMIR, on behalf of himself and
all those similarly situated

By his attorneys

Lee Squitieri
SQUITIERI & FEARON, LLP
32 East 57th Street
12th Floor
New York, NY 10022
(212) 421-6492

HARWOOD FEFFER LLP
Robert I. Harwood
Jeffrey M. Norton
488 Madison Avenue
New York, NY 10022
(212) 935-7400

BIOENVISION, INC., CHRISTOPHER B.
WOOD AND JAMES S. SCIBETTA

By their attorneys,

Glenn S. Kerner (GK 2482)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

and

Brian E. Pastuszenski
Alexis L. Shapiro
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02110
(617) 570-1000

IT IS SO ORDERED:

_____
Hon. Sidney H. Stein, United States District Judge

Dated:  _____

2

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
### Southern District of New York
### United States Courthouse
### 500 Pearl Street, Room 1370
### New York, N.Y. 10007-1312

**Fax No.:**        (212) 805-7933
**Telephone No.:**  (212) 805-0036

**Dated:**   July 30, 2007                    **Total Number of Pages:**   4

| TO | FAX NUMBER |
|---|---|
| Lee Squitieri, Esq. | 212-421-6553 |
| Robert I. Harwood, Esq.<br>Jeffrey M. Norton, Esq. | 212-753-3630 |
| Alexis L. Shapiro, Esq.<br>Brian E. Pastuszenski, Esq. | 617-523-1231 |
| Glenn S. Kerner, Esq. | 212-355-3333 |

# TRANSCRIPTION:

[New First Paragraph added to schedule listing]:

• **Plaintiff's Motion re Lead Plaintiff is due by 9/13/07.**

[First lines of 2nd paragraph and 3rd paragraph in schedule listing]:

"sixty (60)" days is changed to "twenty (20)" days

**Cont'd . . .**

**[Second line of 4rd pargraph in schedule listing]:**

**"forty-five (45)" days is changed to "<u>fourteen (14)</u>" days**

**[First line of 5th paragraph in schedule listing]:**

**"forty-five (45)" days is changed to "<u>seven (7)</u>" days**


**Copy to:    Judge Sidney H. Stein**