UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
BERT VLADIMIR, individually and on : Civil Action No.:
behalf of all others similarly situated, : 07-CIV-6416 (SHS)
:
                  Plaintiff, :
:
  -against- :
:
BIOENVISION, INC., CHRISTOPHER B. :
WOOD and JAMES S. SCIBETTA, :
:
                  Defendants. :
:
-----------------------------------------------------------X

**NOTICE OF MOTION FOR APPOINTMENT OF CO-LEAD PLAINTIFFS,
AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL**

**PLEASE TAKE NOTICE** that plaintiff Bert Vladimir and Class member Gary Thesling (collectively the "Movants") hereby move this Court before the Honorable Sidney H. Stein, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 (2007) at the United States District Court for the Southern District of New York located at Courtroom 23A, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order: (a) appointing Movants to serve as co-lead plaintiffs; and (b) approving Movants' selection of counsel.

In support of their motion, Movants submit: (a) the Declaration of Lee Squitieri, Esq., dated September 11, 2007, and annexed exhibits; and (b) a Memorandum of Law dated September 11, 2007.

Pursuant to Local Civil Rule 6.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, any opposing affidavits and answering memorandum shall be served within ten business days after service of moving papers.

Dated: September 11, 2007

Respectfully submitted,

SQUITIERI & FEARON, LLP

By: _____
Lee Squitieri (LS-1684)
32 East 57th Street
12th Floor
New York, New York 10022
Tel: (212) 421-6492

Attorneys for Movants

To: All Counsel of Record
VIA ECF