UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
BERT VLADIMIR, individually and on : Civil Action No.:
behalf of all others similarly situated, : 07-CIV-6416 (SHS)
:
Plaintiff, :
:
-against- :
:
BIOENVISION, INC., CHRISTOPHER B. :
WOOD and JAMES S. SCIBETTA, :
:
Defendants. :
:
-----------------------------------------------------------------X

**DECLARATION OF LEE SQUITIERI IN SUPPORT OF THE
MOTION TO APPOINT CO-LEAD PLAINTIFFS,
AND TO APPROVE CO-LEAD PLAINTIFFS' CHOICE OF COUNSEL**

I, Lee Squitieri, declare under penalty of perjury, pursuant to 18 U.S.C. § 1746:

1. I am a member of the law firm of Squitieri & Fearon, LLP. I make this Declaration in Support of the Motion to Appoint Bert Vladimir and Gary Thesling (the "Movants") Co-Lead Plaintiffs pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934 and to Approve Co-Lead Plaintiffs' choice of counsel. The matters set forth herein are stated within my personal knowledge.

2. Attached hereto are true and correct copies of the following documents:

    Exhibit A:    Complaint;

    Exhibit B:    PSLRA Notice;

    Exhibit C:    Certification of Bert Vladimir;

    Exhibit D:    Certification of Gary Thesling;

    Exhibit E:    Chart of Movants' Losses;

       Exhibit F:    Firm resume of Squitieri & Fearon, LLP.

Executed this 11th day of September, 2007 at New York, New York.

                                                      */s/ Lee Squitieri*
                                                      LEE SQUITIERI