# EXHIBIT B

Case 1:07-cv-06416-SHS-JCF    Document 12-3    Filed 09/11/2007    Page 1 of 4

| | |
|---|---|
| 07/13 | Squitieri & Fearon, LLP Announces Securities Fraud Suit Against Bioenvision, Inc. |

NEW YORK, July 13, 2007 -- The following statement was issued today by Squitieri & Fearon, LLP.

A class action has been filed in the United States District Court for the Southern District of New York against Bioenvision, Inc.

If you wish to discuss your rights, please contact Lee Squitieri of Squitieri & Fearon, LLP at (212) 421-6492 or by e-mail at lee@sfclasslaw.com.

The lawsuit charges that defendants violated the federal securities laws by issuing a series of materially false and misleading statements to the market throughout the Class Period about the Company and by failing to disclose material information about the Company's plan to merge with Genzyme and that when the market learned the truth, the price of Bioenvision securities increased substantially.

The suit is on behalf of persons who sold shares of Bioenvision, Inc. securities ("BIVN" or the "Company") (NYSE:S) during the period from May 1, 2007 through May 28, 2007 (the "Class Period").

Plaintiff seeks to recover damages on behalf of himself and all sellers of Bioenvision, Inc. securities during the Class Period. Excluded from the Class are the defendants and members of their immediate families, any entity in which a defendant has a controlling interest and the heirs of any such excluded party.

If you are a member of the Class described above, you may, no later than 60 days from the date hereof, move the Court to serve as lead plaintiff of the Class, if you so choose.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact:

**SQUITIERI & FEARON, LLP**
**Lee Squitieri, Esq.**
**32 East 57th Street**
**12th Floor**
**New York, NY 10022**
**(212) 421-6492**
**lee@sfclasslaw.com**

Yahoo! My Yahoo! Mail    Search:

YAHOO! FINANCE    Welcome, leenyclaw
[Sign Out, My Account]    Finance Home - Help    PrimeNe\

Enter Symbol(s)    GET QUOTES    Symbol Lookup    Finance Search

Scottrade    E*TRADE    More than a trade.    Related Qt
E*TRADE Securities    More for the trader.  SCHWAB    BIVN 11-Sep 12:4:

**Press Release**    Source: Squitieri & Fearon, LLP

# Squitieri & Fearon, LLP Announces Securities Fraud Suit Against Bioenvision, Inc.

Friday July 13, 8:00 pm ET

NEW YORK, July 13, 2007 (PRIME NEWSWIRE) -- The following statement was issued today by Squitieri & Fearon, LLP.

A class action has been filed in the United States District Court for the Southern District of New York against Bioenvision, Inc.

If you wish to discuss your rights, please contact Lee Squitieri of Squitieri & Fearon, LLP at (212) 421-6492 or by e-mail at lee@sfclasslaw.com.

The lawsuit charges that defendants violated the federal securities laws by issuing a series of materially false and misleading statements to the market throughout the Class Period about the Company and by failing to disclose material information about the Company's plan to merge with Genzyme and that when the market learned the truth, the price of Bioenvision securities increased substantially.

The suit is on behalf of persons who sold shares of Bioenvision, Inc. securities (``BIVN'' or the ``Company'') (NasdaqGM:BIVN - News) during the period from May 1, 2007 through May 28, 2007 (the ``Class Period'').

Plaintiff seeks to recover damages on behalf of himself and all sellers of Bioenvision, Inc. securities during the Class Period. Excluded from the Class are the defendants and members of their immediate families, any entity in which a defendant has a controlling interest and the heirs of any such excluded party.

If you are a member of the Class described above, you may, no later than 60 days from the date hereof, move the Court to serve as lead plaintiff of the Class, if you so choose.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact:

```
SQUITIERI & FEARON, LLP
Lee Squitieri, Esq.
32 East 57th Street
12th Floor
New York, NY 10022
(212) 421-6492
lee@sfclasslaw.com
```

Related News
- Elliott 'Extremely D With Genzyme Bid Bioenvision; Believ Significantly Under Company - PR Newsv
- Bioenvision to Holc Year-End Financia Conference Call W September 12, 200 Wire (Wed Sep 5)
- Ex-counsel sues B for $108 million - at (Fri Aug 31)
- BIOENVISION INC form 8-K, Other Ev Online (Fri Aug 31)

- By industry: Biotec

ARE YOU DEPRESSED? IF SYMPTOMS OF SADNESS AND GRIEF PERSIST, YOU MAY NEED HELP.
LEARN MORE

Top Stori
- Stocks Rise Sharp| Cut Hopes - AP (12:5

More information on this and other class actions can be found on the Class Action Newsline at http://www.primenewswire.com/ca

Contact:

    Squitieri & Fearon, LLP
    (212) 421-6492l

Source: Squitieri & Fearon, LLP

✉ Email Story    🔔 Set News Alert    🖨 Print Story

[ Search News ]

Sponsor Results

**Countrywide® Home Loans**
No Closing Cost Refinance Loan. Ask the Experts at Countrywide®.
www.Countrywide.com

**Try Forex Currency Trading at Forex.com**
Free $50,000 practice account with real-time charts, news and research.
www.forex.com

**Eliminate PMI Now, Quicken Loans®**
Lower your mortgage payment today by eliminating PMI now.
www.QuickenLoans.com

(What's This?)

- OPEC to Boost Cru
  AP (1:05 pm)
- Trade Deficit Decli
  AP (10:37 am)
- Bernanke Urges Tr
  Imbalance Fix - AP (

- Most-viewed article

RSS Feec

Add headlines to you
personalized My Yah
( About My Yahoo! and F

BIVN Headlines

Biotechnology Headline

More Finance RSS Fee

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 PrimeNewswire. All rights reserved. Redistribution of this content is expressly prohibited without prior written consent. PrimeNewswire makes no claims concerning the accuracy or validity of the information, and shall not be held liable for any errors, delays, omissions or use thereof.