# EXHIBIT E

## TABLE OF MOVANTS' LOSSES

Gary A. Thesling

| Date | Sale Amount | Price Per Share | Loss Per Share[1] | Loss |
|---|---|---|---|---|
| May 2, 2007 | 5000 | $3.49 | $2.14 | $10,700.00 |
| May 3, 2007 | 5000 | $3.37 | $2.26 | $11,300.00 |
| May 4, 2007 | 5000 | $3.49 | $2.14 | $10,700.00 |
| May 7, 2007 | 5000 | $3.33 | $2.30 | $11,500.00 |
| May 8, 2007 | 3500 | $3.39 | $2.24 | $ 7,840.00 |
| May 16, 2007 | 999 | $3.44 | $2.19 | $ 2,187.00 |
| May 16, 2007 | 7501 | $3.40 | $2.23 | $16,727.00 |
| May 17, 2007 | 4500 | $3.50 | $2.13 | $ 9,585.00 |
| May 17, 2007 | 9000 | $3.76 | $1.87 | $16,830.00 |
| May 25, 2007 | 800 | $5.31 | $ .32 | $   256.00 |
| | | | | $97,625.00 |

Bert Vladimir

| Date | Sale Amount | Price Per Share | Loss Per Share | Loss |
|---|---|---|---|---|
| May 1, 2007 | 1000 | $3.30 | $2.33 | $2,330.00 |

---

[1] Loss Per Share calculated on 90 day mean trading price of $5.63 per share.