# EXHIBIT F

**SQUITIERI & FEARON, LLP**
Attorneys at Law
32 East 57th Street
12th Floor
New York, New York 10022
Tel: 212-421-6492
Fax: 212-421-6553

---

Squitieri & Fearon, LLP represents stockholders, consumers and pension plan participants in complex class actions and individual lawsuits throughout the United States. The name partners of Squitieri & Fearon, LLP formed the firm in 2001 and had been partners in the firm formerly known as Abbey, Gardy & Squitieri, LLP. Messrs. Squitieri and Fearon collectively have over 25 years of class action experience.

## RECENT COURT APPOINTMENTS

Squitieri & Fearon, LLP is active in high profile litigation and has recovered millions of dollars for its clients. The firm has been appointed lead counsel or co-lead counsel by courts across the country, most recently in the following cases:

- Vladimir v. Campbell Cowperthwait, et al., 603019/04 (S.Ct. New York).

- Levie v. Sears Roebuck & Co., et al., 04-CV-7643 (N.D. Ill.).

- In re Bristol Myers Squibb Derivative Litigation, 02-CV-8571 (S.D.N.Y.).

- In re Computer Associates International Inc. Derivative Action, 04-CV-2697 (E.D.N.Y.).

- In Re CA, Inc. Shareholder Derivative Employee Option Action, 06-CV-05026 (E.D.N.Y.).

- In re Avon ERISA Litigation, 05-CV-8603 (S.D.N.Y.).

- In re AIG ERISA Litigation, 04-CV-9387 (S.D.N.Y) (appointed to a Provisional Committee of plaintiffs' counsel).

- In Re LEAR Corp. ERISA Litigation, Master File No. 5:06-CV-11735 (E.D.Mich., Southern Division) (appointed to the Executive Committee of plaintiffs' counsel).

- In Re Jamster Marketing Litigation, MDL No. 1751, Master File No. 05-CV-0819 (S.D. Cal.) (appointed to the Executive Committee for plaintiffs and the Class).

- In Re Aquila ERISA Litigation, (04-CV-865 W.D. Mo.) (appointed to Executive Committee for plaintiffs at the Class).

Squitieri & Fearon, LLP is counsel for a class of currency trading customers of RefcoFX Associates, LLC in American Financial International Group-Asia, LLC v. Refco, Inc. et al., 05-CV-8988 (GEL) (S.D.N.Y.).

The firm has been retained by a number of hedge funds to pursue securities fraud claims on their behalf.

Squitieri & Fearon, LLP has handled hundreds of product liability mass tort cases and has successfully recovered millions of dollars for its clients who have been injured by defective pharmaceuticals. The firm was appointed by the court as liaison counsel for plaintiffs in the consolidated mass tort pharmaceutical cases of In Re: New York Phenylpropanolamine (PPA) Products Liability Litigation, Master Index No. 761,000/03 (Supreme Court, New York County) and In Re:New York Rezulin Products Liability Litigation, Master Index Number 752,000/00 (Supreme Court, New York County).

Messrs. Squitieri and Fearon are accomplished defenders of shareholder rights as attested to by their successful results on behalf of investors in cases in which either Messrs. Squitieri and Fearon were the (or one of the) lead litigation lawyers:

- In re Bristol Myers Squibb Company Derivative Litigation, 02-CV-8571 facilitated recovery of $200 million on behalf of Company and negotiated the implementation of significant corporate governance enhancements for the Company.

- Laufer v. Lucent Technologies, Inc., 01-CV-5229 (D.N.J.) (recovery of approximately 35% of bond purchasers' losses).

- In re Seagate Technology, Inc. Shareholders Litigation, C.A. No. 17932-NC (Del. Ch. Ct. 2000) (approximately $200 million in incremental benefits for shareholders).

- In re Westinghouse Securities Litigation, 91-CV-354 (W.D. Pa. 1999) ($67 million recovery).

- In re National Health Laboratories Securities Litigation, 92-CV-1949 (S.D.Cal.1995) ($64 million recovery).

- In re National Medical Enterprises Securities Litigation, 91-CV-5452 (C.D. Cal. 1994) ($60.7 million recovery).

- In re Coram Healthcare Corp. Securities Litigation, Master File No. 95-N-2074 (D. Colo. 1997) ($47 million recovery).

- In re Leslie Fay Securities Litigation, Master File No. 92-CV-8036 (S.D.N.Y.) ($35 million recovery).

- Demint v. Nationsbank of Florida, et al., 94-995-CIV-T-23B (U.S.D.C. Middle District of Florida, Tampa Division 1996) (partial settlement of certain claims for $25 million, remainder of claims settled for $30 million).

- In re Sun Healthcare Group, Inc. Litigation, 95-CV-7005 JC/WWD (D.N.M.) ($24 million recovery).

- In re Caterpillar, Inc. Securities Litigation, 90-CV-1238, 90-CV-1242 (C.D. Ill.) ($23 million recovery).

Messrs. Squitieri and Fearon have received commendations from many courts before whom they have appeared, for example:

- In re Waste Management, Inc. Securities Litigation, 97-CV-7709 (N.D. Ill. 1999) ($220 million settlement) in which United States District Court Judge Wayne R. Andersen favorably commented on the lawyers who actually litigated the case, including Lee Squitieri:

    "...[Y]ou have acted the way lawyers at their best ought to act. And I have had a lot of cases ... in 15 years now as a judge and I cannot recall a significant case where I felt people were better represented than they are here ... I would say this has been the best representation that I have seen. But I really mean that."

- In Laufer v. Lucent Technologies, Inc., 01-CV-5229 (D.N.J.), Judge Joel A. Pisano in approving a settlement obtained by Squitieri & Fearon as lead counsel noted that Squitieri & Fearon, LLP was "highly experienced in handling complex, sophisticated securities litigation."

- In In re Seagate Technology, Inc., C.A. No. 17932-NC (Del. Ch. Ct. 2002), Vice Chancellor Leo E. Strine commented: "Clearly, plaintiffs hit upon some-some very interesting facts, and they put in a lot of – a lot of time, and they did highly skilled work against highly skilled opposition."

3

The firm's lawyers are:

**Partners:**

LEE SQUITIERI received a B.A. degree from Rutgers University and received his law degree from New York Law School. Mr. Squitieri is admitted to the New York and New Jersey State Bar, the United States District Courts for the Southern and Eastern Districts of New York, the First, Second, Third, Fifth and Seventh Circuit Courts of Appeal, and the District of New Jersey.

STEPHEN J. FEARON, JR. graduated from Boston University and received his law degree from New York Law School. Mr. Fearon is admitted to the New York State Bar, the United States District Courts for the Southern and Eastern Districts of New York, the Eastern and Western Districts of Michigan, the District of Arizona as well as the Second, Sixth, Eighth and Ninth Circuit Courts of Appeals.

**Associates:**

MARIA J. CICCIA graduated from Pace University and received her law degree from New York Law School. Ms. Ciccia is admitted to practice law in New York and Connecticut and is admitted to the Southern and Eastern District Courts of New York.

CHARIS M. FORD graduated from Hofstra University and received her law degree from Touro Law School. Ms. Ford is admitted to practice law in New York and is admitted to the Southern, Eastern, Northern and Western District Courts of New York.

JENNIFER J. WU graduated from Bryn Mawr College and received her law degree from Benjamin N. Cardozo School of Law. Ms. Wu is admitted to practice law in New York and is admitted to the United States District Court of New Jersey.

MICHAEL G. FREEDMAN graduated from the University of California at Los Angeles and received his law degree from Brooklyn Law School, cum laude. Mr. Freedman is admitted to practice law in New York and is admitted to the Southern District Court of New York.