## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BERT VLADIMIR, Individually And On Behalf Of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | 07 CV 6416 (SHS) (AJP) |
| ) | CLASS ACTION |
| v. ) ) | ECF CASE |
| BIOENVISION, INC., CHRISTOPHER B. WOOD, and JAMES S. SCIBETTA, ) ) ) | |
| Defendants. ) ) | |

**NOTICE OF MOTION OF DONALD JOHNSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that Donald Johnson ("Movant"), upon the Declaration of Jason D'Agnenica dated September 11, 2007, and the exhibits annexed thereto, the accompanying Memorandum of Law, all of the prior pleadings and proceedings had herein, and such other evidence as the Court may consider at the hearing on this motion, hereby respectfully moves this Court before the Honorable Sidney H. Stein, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, at the United States District Court for the Southern District of New York located at Courtroom 23A, 500 Pearl Street, New York, NY, at a date and time to be determined by the Court, for an order in the form filed herewith: (i) appointing Movant as Lead Plaintiff in the action; and (ii) approving Movant's selection of Lead Counsel.

Pursuant to Local Civil Rule 6.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, any opposing affidavits and answering memoranda shall be served within ten business days after service of moving papers.

Dated: September 11, 2007

          Respectfully submitted,

          **STULL, STULL & BRODY**

          /s/ Jason D'Agnenica
By: _____
    Jules Brody (JB-9151)
    Aaron L. Brody (AB-5850)
    Jason D'Agnenica (JD-9340)
    6 East 45th Street
    New York, NY 10017
    Tel: (212) 687-7230

          **Attorneys for Movant**

To: All Counsel of Record Via ECF