## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERT VLADIMIR, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BIOENVISION, INC., CHRISTOPHER B. WOOD, and JAMES S. SCIBETTA, <br><br> Defendants. | 07 CV 6416 (SHS) (AJP) <br><br> <u>CLASS ACTION</u> <br><br> ECF CASE |

**[PROPOSED] ORDER GRANTING THE MOTION OF
DONALD JOHNSON FOR APPOINTMENT AS LEAD PLAINTIFF
<u>AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

This Court, having considered the motion of Donald Johnson for appointment as lead plaintiff and approval of selection of lead counsel and the memorandum of law and declaration of Jason D'Agnenica in support thereof, and good cause appearing therefor, hereby makes the following order:

1. Having considered the provisions of Section 21D (a)(3)(B) of the Securities Exchange Act of 1934, it is hereby ordered that Donald Johnson is the "most adequate plaintiff" and, that said, movant satisfies the requirements of the Exchange Act. The Court hereby appoints Donald Johnson as Lead Plaintiff in this action.

2. Pursuant to §21D(a)(3)(B)(v) of the Exchange Act, Lead Plaintiff has selected and retained the law firm of Stull, Stull & Brody as Lead Counsel. The Court approves Lead Plaintiff's retention of counsel and appoints Stull, Stull & Brody as Lead Counsel.

SO ORDERED THIS _____ day of _____, 2007:

_____
U.S.D.J.