UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BERT VLADIMIR, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 07 CV 6416 (SHS) (AJP) |
| v. | ) ) ) | CLASS ACTION |
| BIOENVISION, INC., CHRISTOPHER B. WOOD, and JAMES S. SCIBETTA, | ) ) ) ) | ECF CASE |
| Defendants. | ) ) | |

[Additional Captions Below]

**DECLARATION OF JASON D'AGNENICA IN SUPPORT OF THE MOTION OF DONALD JOHNSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Jason D'Agnenica, hereby declare:

1. I am an attorney with the law firm of Stull, Stull & Brody. I submit this Declaration in support of the motion of Donald Johnson for appointment as lead plaintiff and approval of selection of Stull, Stull & Brody as Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the notice of pendency published over Prime Newswire, a national, business-oriented news wire service, on July 13, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of the plaintiff certification executed by Donald Johnson on behalf of proposed lead plaintiff Donald Johnson which demonstrates Movant's class standing and requisite financial interest in the outcome of the litigation.

4. Attached hereto as Exhibit C is a chart summarizing the relevant transactions of Donald Johnson in Bioenvision common stock during the Class Period.

5. Attached hereto as Exhibit D is a true and correct copy of Stull, Stull & Brody's firm biography.

Signed under penalties of perjury this 11th day of September 2007.

By: *Jason D'Agnenica*
Jason D'Agnenica (JD-9340)
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230

**On Behalf of Movant Donald Johnson**