Exhibit A

1 of 1 DOCUMENT

Copyright 2007 PrimeNewsWire, Inc.
All Rights Reserved
PrimeNewswire

**July** 13, 2007 Friday 5:00 PM EST

**SECTION:** LAW & LEGAL ISSUES

**LENGTH:** 318 words

**HEADLINE:** Squitieri & Fearon, LLP Announces Securities Fraud Suit Against **Bioenvision,** Inc.

**BODY:**

NEW YORK, July 13, 2007 (PRIME NEWSWIRE) -- The following statement was issued today by Squitieri & Fearon, LLP.

A class action has been filed in the United States District Court for the Southern District of New York against Bioenvision, Inc.

If you wish to discuss your rights, please contact Lee Squitieri of Squitieri & Fearon, LLP at (212) 421-6492 or by e-mail at lee@sfclasslaw.com

The lawsuit charges that defendants violated the federal securities laws by issuing a series of materially false and misleading statements to the market throughout the Class Period about the Company and by failing to disclose material information about the Company's plan to merge with Genzyme and that when the market learned the truth, the price of Bioenvision securities increased substantially.

The suit is on behalf of persons who sold shares of Bioenvision, Inc. securities ("BIVN" or the "Company") (Nasdaq:BIVN) during the period from May 1, 2007 through May 28, 2007 (the "Class Period").

Plaintiff seeks to recover damages on behalf of himself and all sellers of Bioenvision, Inc. securities during the Class Period. Excluded from the Class are the defendants and members of their immediate families, any entity in which a defendant has a controlling interest and the heirs of any such excluded party.

If you are a member of the Class described above, you may, no later than 60 days from the date hereof, move the Court to serve as lead plaintiff of the Class, if you so choose.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact:

```
SQUITIERI & FEARON, LLP
Lee Squitieri, Esq.
32 East 57th Street
12th Floor
New York, NY 10022
```

Page 2

Squitieri & Fearon, LLP Announces Securities Fraud Suit Against Bioenvision, Inc. PrimeNewswire July 13, 2007
Friday 5:00 PM EST


(212) 421-6492


lee@sfclasslaw.com


   More information on this and other class actions can be found on the Class Action Newsline at
www.primenewswire.com/ca



                                           CONTACT:

                          Squitieri & Fearon, LLP
                            (212) 421-6492l

**LOAD-DATE:** July 14, 2007