# Exhibit C

Case 1:07-cv-06416-SHS-JCF     Document 16-4     Filed 09/11/2007     Page 1 of 2

Page 1 of 1

# Bioenvision, Inc.
**Movant's Register and Transaction Report**

| Proposed Lead Plaintiff | Date of Sale | Number of Shares Sold | Price of Sale | Gross Receipts | 90-Day Avg Price | 90-Day Avg Gross Receipts | Gains (Losses) |
|---|---|---|---|---|---|---|---|
| Johnson, Donald L. | 5/10/2007 | 1,000 | $3.33 | $3,330.00 | $5.64 | $5,640.00 | |
| | 5/10/2007 | 6,000 | $3.33 | $19,980.00 | $5.64 | $33,840.00 | |
| | 5/10/2007 | 2,300 | $3.33 | $7,659.00 | $5.64 | $12,972.00 | |
| | | 9,300 | | $30,969.00 | | $52,452.00 | ($21,483.00) |

**Explanatory notes**

The total estimated damages of each Proposed Lead Plaintiff have been calculated in the following manner:

1) Common stock sold within the Class Period:
   Damages with respect to shares sold within the Class Period have been based upon the 90-day average price for the period May 29, 2007 through August 27, 2007 ($5.64) as reduced by the actual value realized on such sales.

2) All losses have been calculated exclusive of costs, commissions and fees.