## CERTIFICATE OF SERVICE

I, Lee Squitieri, hereby certify that on September 12, 2007 I caused true and correct copies of the accompanying NOTICE OF MOTION FOR APPOINTMENT OF CO-LEAD PLAINTIFFS, AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL; DECLARATION OF LEE SQUITIERI IN SUPPORT OF THE MOTION TO APPOINT CO-LEAD PLAINTIFFS, AND TO APPROVE CO-LEAD PLAINTIFFS' CHOICE OF COUNSEL; and MEMORANDUM OF LAW IN SUPPORT OF PROPOSED CO-LEAD PLAINTIFFS' MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND FOR APPROVAL OF CHOICE OF LEAD COUNSEL to be served upon counsel listed below by depositing a true copy of the same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York or otherwise indicated::

>Jason D'Agnenica
>STULL, STULL & BRODY
>6 East 45th Street
>New York, New York 10017

_____
Lee Squitieri