UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERT VLADIMIR, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BIOENVISION, INC., CHRISTOPHER B. WOOD, and JAMES S. SCIBETTA,<br><br>　　　　　　　　　Defendants. | 07 CV 6416 (SHS) (AJP)<br><br>CLASS ACTION<br><br>ECF CASE |

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I, Jason D'Agnenica, hereby certify that I caused the following documents to be served on all parties of record in the action on September 11, 2007 via the Court's ECF System other than the parties of record in the action listed on the attached service list who were served by overnight delivery on September 12, 2007:

1. NOTICE OF MOTION DONALD JOHNSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL;

2. MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DONALD JOHNSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL;

3. DECLARATION OF JASON D'AGNENICA IN SUPPORT OF MOTION OF DONALD JOHNSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL; and

4. [PROPOSED] ORDER GRANTING THE MOTION OF DONALD JOHNSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL.

Dated: September 12, 2007

/s/ Jason D'Agnenica
By: _____
Jason D'Agnenica (JD-9340)
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230

**On Behalf of Movant Donald Johnson**

1