UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERT VLADIMIR, Individually And On Behalf Of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) v. ) ) BIOENVISION, INC., CHRISTOPHER B. WOOD, ) and JAMES S. SCIBETTA, ) ) Defendants. ) | 07 CV 6416 (SHS) (AJP) <u>CLASS ACTION</u> ECF CASE |

**SERVICE LIST**

Brian E. Pastuszenski
GOODWIN PROCTER, LLP
Exchange Place
53 State Street
Boston, MA 02109

*Counsel for Defendants Bioenvision, Inc.,
Christopher B. Wood and James S. Scibetta*

Stacey S. Baron
GOODWIN PROCTER, LLP
Exchange Place
53 State Street
Boston, MA 02109

*Counsel for Defendants Bioenvision, Inc.,
Christopher B. Wood and James S. Scibetta*