UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BERT VLADIMIR, INDIVIDUALLY AND ON BEHALF :
OF ALL OTHERS SIMILARLY SITUATED,

:

          Plaintiffs,                         07 Civ. 6416 (SHS) (AJP)

:

          -against-                         ORDER SCHEDULING
                                      :                  STATUS CONFERENCE

BIOENVISION, INC., CHRISTOPHER B. WOOD
& JAMES S. SCIBETTA,                   :

          Defendants.            :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for Thursday, September 20, 2007 at 11:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

SO ORDERED.

Dated:        New York, New York
               September 19, 2007

                                                Andrew J. Peck
                                                United States Magistrate Judge

Copies **by fax & ECF** to:    Lee Squitieri, Esq.
                                    Aaron L. Brody, Esq.
                                    Alexis L. Shapiro, Esq.
                                    Judge Sidney H. Stein