UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERT VLADIMIR, individually and on behalf of others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>BIOENVISION, INC., CHRISTOPHER B. WOOD and JAMES S. SCIBETTA,<br>                Defendants. | CIVIL ACTION NO.<br>07-CV-6416-(SHS) |

PLEASE TAKE NOTICE that Alexis L. Shapiro, Esq. of Goodwin Procter LLP hereby appears as counsel in this matter for defendants Bioenvision, Inc., Christopher B. Wood and James S. Scibetta ("Defendants"), and requests that all papers be served upon said Defendants through undersigned counsel at the address listed below.

Dated: September 20, 2007

*Alexis Shapiro*
Alexis L. Shapiro (AS-7538)
GOODWIN PROCTER LLP
53 State Street
Exchange Place
Boston, MA 02119
Tel: 617.570.1000
Fax: 617.523.1231
ashapiro@goodwinprocter.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that this document was served electronically upon all counsel of record on September 20, 2007.

*Alexis Shapiro*
Alexis L. Shapiro