# EXHIBIT A

## PLAINTIFF'S SWORN CERTIFICATION

I Gary A. Thesling, certify that:

1. I have reviewed the complaint and authorized its filing.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in the security that is the subject of this litigation during the class period set forth in the complaint are as follow:

| Date | Type of Security | Purchase or Sale | # of Shares | Price Per Security |
|---|---|---|---|---|
| **Gary Thesling** | | | | |
| May 16, 2007 | Common Stock | Sale | 999 | $3.44 |
| 16 | | Sale | 7,501 | 3.40 |
| 17 | | Sale | 4,500 | 3.50 |
| 17 | | Sale | 9,000 | 3.76 |
| May 8 | | Purchase | 5,000 | 3.32 |
| 8 | | Purchase | 8,000 | 3.31 |
| **Gary Thesling I401K Plan** | | | | |
| May 2, 2007 | | Sale | 5,000 | 3.49 |
| 3 | | Sale | 5,000 | 3.37 |
| 4 | | Sale | 5,000 | 3.49 |
| 7 | | Sale | 5,000 | 3.33 |
| 8 | | Sale | 3,500 | 3.39 |
| 25 | | Sale | 800 | 5.31 |

| | | | |
|---|---|---|---|
| May 1 | Purchase | 5,000 | 3.31 |
| 3 | Purchase | 5,000 | 3.32 |
| 7 | Purchase | 5,000 | 3.38 |

5.   I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

The foregoing are, to the best of my knowledge and belief, true and correct statements.

Dated: September 21, 2007

_____
Name: Gary A. Thesling

Address:  6633 E. Greenway Parkway – 1149
Scottsdale, Arizona 85254

Office Phone Number:  (480) 704-3100