# EXHIBIT B

Case 1:07-cv-06416-SHS-JCF    Document 23-3    Filed 09/25/2007    Page 2 of 2

# Gary Thesling

**Realtor / CPA at Prudential American Associates**
Phoenix, Arizona Area

|  |  |
|---|---|
| **Current** | • Realtor / CPA at Prudential American Associates |
| **Education** | • Case Western Reserve University |
| **Connections** | 1 connection |
| **Industry** | Real Estate |

## Gary Thesling's Experience

**Realtor / CPA**
**Prudential American Associates**
(Real Estate industry)
September 2006 — Present (1 year 1 month)

## Gary Thesling's Education

**Case Western Reserve University**
1980 — 1983