## CERTIFICATE OF SERVICE

I, Lee Squiteri, hereby certify that on September 25, 2007 I caused true and correct copies

of the accompanying THESLING MOVANTS' MEMORANDUM OF LAW IN OPPOSITION

TO MOTION BY DONALD JOHNSON FOR APPOINTMENT AS LEAD PLAINTIFF AND

DECLARATION OF LEE SQUITIERI IN OPPOSITION TO THE MOTION TO APPOINT

DONALD JOHNSON AS LEAD PLAINTIFF to be served upon counsel listed below by

depositing a true copy of the same enclosed in a post-paid properly addressed wrapper in an official

depository under the exclusive care and custody of the United States Postal Service within the State

of New York or otherwise indicated::

> Alexis L. Shapiro
> Goodwin Procter LLP
> 53 State Street
> Exchange Place
> Boston, Massachusetts 02109
>
> Jason D'Agnenica
> STULL, STULL & BRODY
> 6 East 45th Street
> New York, New York 10017

_____

Lee Squitieri