# Attachment A

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, _Cary Boyko_____, certify that:

1. I have reviewed the complaint and I authorize Milberg Weiss Bershad & Schulman LLP to act on my behalf in this matter in applying for Lead Plaintiff status and for all other purposes.

2. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. A Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchasers of the subject securities described herein (including, as the case may be, myself, any co-owners, any corporations or other entities, and/or any beneficial owners).

5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.

7. The number of shares or other securities of Sierra Wireless, Inc. (NASDAQ:SWIR) I held on the first day of the Class Period, January 28, 2004 (if any) was:

Type of Security (check one)                               Quantity

☐ Common Stock      ☐ Preferred Stock
☐ Bonds             ☐ Put                                  _0_____
☐ Call

8. I have listed below all my transactions in the securities of Sierra Wireless, Inc. (NASDAQ:SWIR) during the Class Period as follows:

| Type of Security (Common stock, Preferred Stock, ADSs, Calls, Puts or Bonds) | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| Common Stock | Aug 27 2004 | 4,000 | Aug 27, 2004 | 23.00 |
| Common Stock | July 2, 2004 | 4,000 | July 2, 2004 | 35.00 |
| | | | | |
| | | | | |
| | | | | |

(* List additional transactions on separate sheet, if necessary)

These securities were acquired or held in (check all that apply):

☑ General (non-retirement account)     ☐ Merger/acquisition/distribution          ☐ Gift
☐ IRA                                  ☐ Employer-sponsored plan (401k, 403b, etc.)

9. I made the following sales of securities of Sierra Wireless, Inc. (NASDAQ:SWIR) during the **90-day period after** the Class Period:

**Sales (January 26, 2005 to 90 days later)**

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|
| Common Stock | 5000 | 02/04/05 | 10.10 |
| | | | |
| | | | |

10.    During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except as described below (if any):

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this __11__ day of _March___, 2005

_CARY BOYKO_____          _____
Name (print)                       Signature

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, ____Andy Hua____ , certify that:

1. I have reviewed the complaint and I authorize Milberg Weiss Bershad & Schulman LLP to act on my behalf in this matter in applying for Lead Plaintiff status and for all other purposes.

2. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. A Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchasers of the subject securities described herein (including, as the case may be, myself, any co-owners, any corporations or other entities, and/or any beneficial owners).

5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.

7. The number of shares or other securities of Sierra Wireless, Inc. (NASDAQ:SWIR) I held on the first day of the Class Period, January 28, 2004 (if any) was:

Type of Security (check one)                          Quantity
☐ Common Stock      ☐ Preferred Stock
☐ Bonds             ☐ Put                            _____
☐ Call

8. I have listed below all my transactions in the securities of Sierra Wireless, Inc. (NASDAQ:SWIR) during the Class Period as follows:

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| SEE ATTACHED | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(* List additional transactions on separate sheet, if necessary)

These securities were acquired or held in (check all that apply):
☐ General (non-retirement account)      ☐ Merger/acquisition/distribution      ☐ Gift
☐ IRA                                   ☐ Employer-sponsored plan (401k, 403b, etc.)

9. I made the following sales of securities of Sierra Wireless, Inc. (NASDAQ:SWIR) during the **90-day** period after the Class Period:

**Sales (January 26, 2005 to 90 days later)**

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

10.   During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except as described below (if any):

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this _March_ day of ___31___, 2005

_____          _____
      Andy Hua                           Signature
     Name (print)

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, _John Travan_, certify that:

1. I have reviewed the complaint and I authorize Milberg Weiss Bershad & Schulman LLP to act on my behalf in this matter in applying for Lead Plaintiff status and for all other purposes.

2. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. A Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchasers of the subject securities described herein (including, as the case may be, myself, any co-owners, any corporations or other entities, and/or any beneficial owners).

5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.

7. The number of shares or other securities of Sierra Wireless, Inc. (NASDAQ:SWIR) I held on the first day of the Class Period, January 28, 2004 (if any) was:

Type of Security (check one)                          Quantity

☑ Common Stock        ☐ Preferred Stock
☐ Bonds               ☐ Put                            _0_
☐ Call

8. I have listed below all my transactions in the securities of Sierra Wireless, Inc. (NASDAQ:SWIR) during the Class Period as follows:

| Type of Security (Common stock, Preferred Stock, ADSs, Calls, Puts or Bonds) | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| Common Stock | Purchase | 300 | 8.6.04 | 27.13 |
| " " | " | 1100 | 8.6.04 | 27.14 |
| " " | " | 600 | 8.6.04 | 27.15 |
| " " | " | 910 | 1.4.05 | 16.037 |
| | | | | |
| | | | | |

(* List additional transactions on separate sheet, if necessary)

These securities were acquired or held in (check all that apply):

☑ General (non-retirement account)    ☐ Merger/acquisition/distribution         ☐ Gift
☐ IRA                                 ☐ Employer-sponsored plan (401k, 403b, etc.)

9. I made the following sales of securities of Sierra Wireless, Inc. (NASDAQ:SWIR) during the **90-day period after** the Class Period:

**Sales (January 26, 2005 to 90 days later)**

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

10.    During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except as described below (if any):

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this _23_ day of _February_, 2005

_John Travan_                               _____
Name (print)                                    Signature

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, _Roger S Curry_ , certify that:

1. I have reviewed the complaint and I authorize Milberg Weiss Bershad & Schulman LLP to act on my behalf in this matter in applying for Lead Plaintiff status and for all other purposes.

2. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. A Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchasers of the subject securities described herein (including, as the case may be, myself, any co-owners, any corporations or other entities, and/or any beneficial owners).

5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.

7. The number of shares or other securities of Sierra Wireless, Inc. (NASDAQ:SWIR) I held on the first day of the Class Period, January 28, 2004 (if any) was: _None on 1st day  Bought 3,000 on 12/14 on 12/16/04_

Type of Security (check one)

☒ Common Stock        ☐ Preferred Stock        Quantity
☐ Bonds               ☐ Put                    _3,000_
☐ Call

8. I have listed below all my transactions in the securities of Sierra Wireless, Inc. (NASDAQ:SWIR) during the Class Period as follows:

| Type of Security (Common stock, Preferred Stock, ADSs, Calls, Puts or Bonds) | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| Common Stock | Purchase/acquire | 2,000 | 12/14/04 | 21.62 |
| Common Stock | Purchase/acquire | 1,000 | 12/16/04 | 20.25 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

(* List additional transactions on separate sheet, if necessary)

These securities were acquired or held in (check all that apply):

☐ General (non-retirement account)    ☐ Merger/acquisition/distribution    ☐ Gift
☐ IRA                                 ☐ Employer-sponsored plan (401k, 403b, etc.)

9. I made the following sales of securities of Sierra Wireless, Inc. (NASDAQ:SWIR) during the **90-day period after** the Class Period:

**Sales (January 26, 2005 to 90 days later)**

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|
| Common Stock | 3,000 | 01/27/2005 | 9.10 |
|  |  |  |  |
|  |  |  |  |

10. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except as described below (if any):  _None_

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this _8th_ day of _March_ , 2005

_Roger S Curry_                          _Rog S Curry_
Name (print)                             Signature

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, _James M Dowd_, certify that:

1. I have reviewed the complaint and I authorize Milberg Weiss Bershad & Schulman LLP to act on my behalf in this matter in applying for Lead Plaintiff status and for all other purposes.

2. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. A Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchasers of the subject securities described herein (including, as the case may be, myself, any co-owners, any corporations or other entities, and/or any beneficial owners).

5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.

7. The number of shares or other securities of Sierra Wireless, Inc. (NASDAQ:SWIR) I held on the first day of the Class Period, January 28, 2004 (if any) was:

Type of Security (check one)                     Quantity

❏ Common Stock      ❏ Preferred Stock               0

❏ Bonds             ❏ Put

❏ Call

8. I have listed below all my transactions in the securities of Sierra Wireless, Inc. (NASDAQ:SWIR) during the Class Period as follows:

| Type of Security (Common stock, Preferred Stock, ADSs, Calls, Puts or Bonds) | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| Sierra Wireless Inc Common | Purchase | 1000 | 8/27/04 | 23.37 |
| " " | " | 500 | 9/1/04 | 17.57 |
| " " | " | 500 | 9/2/04 | 17.57 |
| | | | | |
| | | | | |

(* List additional transactions on separate sheet, if necessary)

These securities were acquired or held in (check all that apply):

❏ General (non-retirement account)      ❏ Merger/acquisition/distribution        ❏ Gift

❏ IRA                                   ❏ Employer-sponsored plan (401k, 403b, etc.)

9. I made the following sales of securities of Sierra Wireless, Inc. (NASDAQ:SWIR) during the **90-day period after** the Class Period:

**Sales (January 26, 2005 to 90 days later)**

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

10. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except as described below (if any):

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this _26_ day of _February_, 2005

_James M Dowd_                          _James M Dowd_
Name (print)                              Signature