# Attachment C

## AMENDED CERTIFICATION

I, Constance Sczesny, Trustee of the Constance Sczesny Trust hereby certify as follows:

1.    I did not purchase securities of Polaroid Corporation ("Polaroid") at the direction of counsel or in order to participate in any private action under the federal securities laws;

2.    I represent that I am fully authorized to enter into and execute this certification;

3.    I have reviewed a complaint concerning the Polaroid case alleging violations of the securities laws and I authorized the filing of this complaint;

4.    I fully understand what it means to be lead plaintiff through discussions with my counsel and am prepared to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary, and interacting with counsel in order to effectively participate in and monitor the litigation;

5.    I have transactions in the securities of Polaroid as reflected in Exhibit A hereto;

6.    I have not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years; and

7.    I will not accept payment for serving as a lead plaintiff beyond my pro-rata share of any recovery, except such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I certify under penalty of perjury of the laws of the United States, that the foregoing is true and correct.

495067v1
10/23/03 16:15

Dated:  October 24, 2003

_Constance Sczesny_
Trustee of the Constance Sczesny Trust