# Attachment E

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Sean P. Madix, Fund Administrator of the ECA & Local 134 IBEW Joint Pension Trust of Chicago ("Trust"), declare as to the claims asserted under the federal securities laws that:

1. I have reviewed the complaint filed in this action on behalf of the Trust.

2. The Trust did not purchase the stock of J.P. Morgan Chase & Co. (or its predecessors) at the direction of plaintiff's counsel or in order to participate in this private action.

3. The Trust is willing to serve as a representative party on behalf of the class, including being a named plaintiff in subsequent and/or consolidated actions and providing testimony at deposition and trial, if necessary.

4. The Trust has selected the Law Firms of Hagens Berman LLP and Lovell & Stewart LLP to represent it in this matter and to act as lead counsel in the event that the Trust is appointed Lead Plaintiff.

5. The Trust purchased and sold shares of J.P. Morgan Chase and Co. (or its predecessors) on the dates and at the prices listed on the attached Schedule A.

6. During the three years prior to the date of this certification, the Trust has not served or sought to serve as a representative for a class in any action under the federal securities laws.

7. The Trust will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any class recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17TH day of April, 2002 at Chicago, Illinois.

ECA & Local 134 IBEW Joint Pension Trust of Chicago

By: _____
Sean P. Madix, Fund Administrator

## PLAINTIFF CERTIFICATION

_____SOUTH CO._____ ("Plaintiff") hereby states that:

1. Plaintiff has reviewed the complaint and has authorized the filing of the complaint on his/her behalf.

2. Plaintiff did not purchase any common stock/securities of **J.P. Morgan Chase & Co.** at the direction of his/her counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Plaintiff Certification. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action.

4. The table below includes all of Plaintiff's transactions in **J.P. Morgan Chase & Co.** common stock/securities during the class period specified in the complaint:

Plaintiff received ___1___ shares of **J.P. Morgan Chase & Co.** in exchange for his/her shares of Chase Manhattan Bank (USA).

| SECURITY (Common Stock, Call, Put, Bonds) | COMPANY (Chase Manhattan Bank or JP Morgan, Inc. or JP Morgan Chase & Co. | TRANSACTION (Purchase, Sale) | TRADE DATE | PRICE FOR SECURITIES PER SHARE | QUANTITY |
|---|---|---|---|---|---|
| | | | | | |
| | SEE ATTACHED | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Please list other transactions on a separate sheet of paper, if necessary.

5. Plaintiff has not served or sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, unless otherwise stated in the space below:



6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class except to receive his pro rata share of any recovery, or as ordered or approved by the court including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

Plaintiff declares under penalty of perjury that the foregoing is true and correct.

Executed this _3_ day of _APRIL_, 2002 in _SCRANTON_____, _PA_____.
                                          (City)           (State)

_Carol Trezzi_____
CAROL TREZZI   Signature   TRUST OPERATIONS
                           OFFICER

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

_EMPIRE LIFE INSURANCE COMPANY - CAPITAL - SURPLUS_, hereby certifies as follows:
(Print Name)

1. To the best of my knowledge, following are all of my transactions with respect to Chase Manhattan Bank USA securities between March 1, 2000 and December 31, 2000, the conversion of Chase shares into shares of JP Morgan in connection with the merger of the companies, and/or JP Morgan securities between December 31, 2000 and February 1, 2002 (the "Class Period"):

| Date | Indicate Security Name | Indicate whether Purchased/Sold/Converted | No. of Shares | Share Price |
|---|---|---|---|---|
| MAY 12/00 | CHASE MANHATTAN | PURCHASE | 5,000 | 70.99 |
| JUN 26/00 | CHASE MANHATTAN | PURCHASE | 4,300 | 47.09 |

2. I have reviewed the complaint styled Herman Smilow and Aliza Brody v. JP Morgan Chase & Co., and William B. Harrison, Jr. If necessary, I authorize the filing of a similar complaint on my behalf.

3. I did not purchase or acquire the securities that are the subject of this action at the direction of counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

5. During the last three years, I have not served or sought to serve as a class representative in any case brought under the federal securities laws.

6. I have not been promised and will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: __APR 3__, 2002

_____
(Signature)

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

_EMPIRE LIFE - SEGREGATED FUND #1_, hereby certifies as follows:
(Print Name)

1. To the best of my knowledge, following are all of my transactions with respect to Chase Manhattan Bank USA securities between March 1, 2000 and December 31, 2000, the conversion of Chase shares into shares of JP Morgan in connection with the merger of the companies, and/or JP Morgan securities between December 31, 2000 and February 1, 2002 (the "Class Period"):

| Date | Indicate Security Name | Indicate whether Purchased/Sold/Converted | No. of Shares | Share Price |
|---|---|---|---|---|
| MAY 12/00 | CHASE MANHATTAN | PURCHASE | 2,800 | 70.99 |

2. I have reviewed the complaint styled Herman Smilow and Aliza Brody v. JP Morgan Chase & Co. and William B. Harrison, Jr. If necessary, I authorize the filing of a similar complaint on my behalf.

3. I did not purchase or acquire the securities that are the subject of this action at the direction of counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

5. During the last three years, I have not served or sought to serve as a class representative in any case brought under the federal securities laws.

6. I have not been promised and will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: __APR 3__, 2002

_____
(Signature)

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

_EMPIRE LIFE - SEGREGATED FUND #3_, hereby certifies as follows:
(Print Name)

1. To the best of my knowledge, following are all of my transactions with respect to Chase Manhattan Bank USA securities between March 1, 2000 and December 31, 2000, the conversion of Chase shares into shares of JP Morgan in connection with the merger of the companies, and/or JP Morgan securities between December 31, 2000 and February 1, 2002 (the "Class Period"):

| Date | Indicate Security Name | Indicate whether Purchased/Sold/Converted | No. of Shares | Share Price |
|---|---|---|---|---|
| MAY 12/00 | CHASE MANHATTAN | PURCHASE | 200 | 70.99 |

2. I have reviewed the complaint styled Herman Smilow and Aliza Brody v. JP Morgan Chase & Co., and William B. Harrison, Jr. If necessary, I authorize the filing of a similar complaint on my behalf.

3. I did not purchase or acquire the securities that are the subject of this action at the direction of counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

5. During the last three years, I have not served or sought to serve as a class representative in any case brought under the federal securities laws.

6. I have not been promised and will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: _APR 3_, 2002

_[signature]_
(Signature)

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

_____EMPIRE LIFE - SEGREGATED FUND #5_____, hereby certifies as follows:
(Print Name)

1. To the best of my knowledge, following are all of my transactions with respect to Chase Manhattan Bank USA securities between March 1, 2000 and December 31, 2000, the conversion of Chase shares into shares of JP Morgan in connection with the merger of the companies, and/or JP Morgan securities between December 31, 2000 and February 1, 2002 (the "Class Period"):

| Date | Security Name | Indicate whether Purchased/Sold/Converted | No. of Shares | Share Price |
|---|---|---|---|---|
| MAY 12/00 | CHASE MANHATTAN | PURCHASE | 9,500 | 70.99 |

2. I have reviewed the complaint styled Herman Smilow and Aliza Brody v. JP Morgan Chase & Co., and William B. Harrison, Jr. If necessary, I authorize the filing of a similar complaint on my behalf.

3. I did not purchase or acquire the securities that are the subject of this action at the direction of counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

5. During the last three years, I have not served or sought to serve as a class representative in any case brought under the federal securities laws.

6. I have not been promised and will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: ____APR 3____, 2002

_____
(Signature)

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

_EMPIRE LIFE - SEGREGATED FUND #6_, hereby certifies as follows:
(Print Name)

1. To the best of my knowledge, following are all of my transactions with respect to Chase Manhattan Bank USA securities between March 1, 2000 and December 31, 2000, the conversion of Chase shares into shares of JP Morgan in connection with the merger of the companies, and/or JP Morgan securities between December 31, 2000 and February 1, 2002 (the "Class Period"):

| Date | Indicate Security Name | Indicate whether Purchased/Sold/Converted | No. of Shares | Share Price |
|---|---|---|---|---|
| MAY 12/00 | CHASE MANHATTAN | PURCHASE | 700 | 70.99 |

2. I have reviewed the complaint styled Herman Smilow and Aliza Brody v. JP Morgan Chase & Co., and William B. Harrison, Jr. If necessary, I authorize the filing of a similar complaint on my behalf.

3. I did not purchase or acquire the securities that are the subject of this action at the direction of counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

5. During the last three years, I have not served or sought to serve as a class representative in any case brought under the federal securities laws.

6. I have not been promised and will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: _APR 3_, 2002

_____
(Signature)

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

_EMPIRE LIFE - SEGREGATED FUND #8_, hereby certifies as follows:
(Print Name)

1. To the best of my knowledge, following are all of my transactions with respect to Chase Manhattan Bank USA securities between March 1, 2000 and December 31, 2000, the conversion of Chase shares into shares of JP Morgan in connection with the merger of the companies, and/or JP Morgan securities between December 31, 2000 and February 1, 2002 (the "Class Period"):

| Date | Indicate Security Name | Indicate whether Purchased/Sold/Converted | No. of Shares | Share Price |
|---|---|---|---|---|
| MAY 12/00 | CHASE MANHATTAN | PURCHASE | 1,300 | 70.99 |

2. I have reviewed the complaint styled Herman Smilow and Aliza Brody v. JP Morgan Chase & Co., and William B. Harrison, Jr. If necessary, I authorize the filing of a similar complaint on my behalf.

3. I did not purchase or acquire the securities that are the subject of this action at the direction of counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

5. During the last three years, I have not served or sought to serve as a class representative in any case brought under the federal securities laws.

6. I have not been promised and will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: _APR 3_, 2002

_____
(Signature)

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

_EMPIRE LIFE - SEGREGATED FUND #9_, hereby certifies as follows:
(Print Name)

1. To the best of my knowledge, following are all of my transactions with respect to Chase Manhattan Bank USA securities between March 1, 2000 and December 31, 2000, the conversion of Chase shares into shares of JP Morgan in connection with the merger of the companies, and/or JP Morgan securities between December 31, 2000 and February 1, 2002 (the "Class Period"):

| Date | Security Name | Indicate whether Purchased/Sold/Converted | No. of Shares | Share Price |
|---|---|---|---|---|
| MAY 12/00 | CHASE MANHATTAN | PURCHASE | 35,700 | 70.99 |
| JUN 26/00 | CHASE MANHATTAN | PURCHASE | 13,200 | 47.09 |

2. I have reviewed the complaint styled Herman Smilow and Aliza Brody v. JP Morgan Chase & Co., and William B. Harrison, Jr. If necessary, I authorize the filing of a similar complaint on my behalf.

3. I did not purchase or acquire the securities that are the subject of this action at the direction of counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

5. During the last three years, I have not served or sought to serve as a class representative in any case brought under the federal securities laws.

6. I have not been promised and will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: _APR 3_, 2002

_____
(Signature)

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

_EMPIRE LIFE - SEGREGATED FUND "A"_, hereby certifies as follows:
(Print Name)

1. To the best of my knowledge, following are all of my transactions with respect to Chase Manhattan Bank USA securities between March 1, 2000 and December 31, 2000, the conversion of Chase shares into shares of JP Morgan in connection with the merger of the companies, and/or JP Morgan securities between December 31, 2000 and February 1, 2002 (the "Class Period"):

| Date | Indicate Security Name | Indicate whether Purchased/Sold/Converted | No. of Shares | Share Price |
|---|---|---|---|---|
| MAY 12/00 | CHASE MANHATTAN | PURCHASE | 1,900 | 70.99 |

2. I have reviewed the complaint styled _Herman Smilow and Aliza Brody v. JP Morgan Chase & Co., and William B. Harrison, Jr._ If necessary, I authorize the filing of a similar complaint on my behalf.

3. I did not purchase or acquire the securities that are the subject of this action at the direction of counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

5. During the last three years, I have not served or sought to serve as a class representative in any case brought under the federal securities laws.

6. I have not been promised and will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: _APR 3_, 2002

_____
(Signature)