# Attachment F

*Case closed* **DUPLICATE ORIGINAL**

U.S. DISTRICT COURT
FILED
AUG - 6 2002
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

BRIAN BARRY, on behalf of the Barry Family  : 02 Civ. 1282 (SHS) • **FILE IN**
LP, individually, and all others similarly situated,
:
              Plaintiff,
:
    -against-                    ORDER

JP MORGAN CHASE,
:
              Defendant.
------------------------------------------------------x

**28**

TODD SIMON, individually and on behalf of  : 02 Civ. 1346 (SHS)
himself and all others similarly situated,
:
              Plaintiff,
:
    -against-
:
JP MORGAN CHASE & CO., INC.,
:
              Defendant.
------------------------------------------------------x

BRADLEY BARRY TEAGUE, on behalf of  : 02 Civ. 1397 (SHS)
himself and all others similarly situated,
:
              Plaintiff,
:
    -against-
:
JP MORGAN CHASE & CO., INC.,
:
              Defendant.
------------------------------------------------------x

ANTHONY LEMMITI, on behalf of  : 02 Civ. 1461 (SHS)
himself and all others similarly situated,
:
              Plaintiff,
:
    -against-
:
JP MORGAN CHASE & CO., INC., *ET ANO.*,
:
              Defendants.
------------------------------------------------------x

MICROFILM -2:00 PM AUG - 6 2002

**DUPLICATE ORIGINAL**

```
---------------------------------------------------------------x
STEPHEN ROZENFELD, on behalf of              :    02 Civ. 1581 (SHS) ✗ ✝
himself and all others similarly situated,
                                             :
                Plaintiff,
                                             :
        -against-
                                             :
JP MORGAN CHASE & CO., INC., *ET AL.*,
                                             :
                Defendants.
---------------------------------------------------------------x
JEFFREY WEISBURGH, on behalf of              :    02 Civ. 1893 (SHS) ✗ ✝
himself and all others similarly situated,
                                             :
                Plaintiff,
                                             :
        -against-
                                             :
JP MORGAN CHASE & CO., INC.,
                                             :
                Defendant.
---------------------------------------------------------------x
HERMAN SMILOW and ALIZA BRODY, on behalf     :    02 Civ. 1910 (SHS) ✗ ✝
of themselves and all others similarly situated,
                                             :
                Plaintiffs,
                                             :
        -against-
                                             :
JP MORGAN CHASE & CO., INC., *ET ANO.*,
                                             :
                Defendants.
---------------------------------------------------------------x
STEVEN B. EHRLICH, custodian for ALEXA       :    02 Civ. 1995 (SHS) ✗ ✝
PATRICIA EHRLICH, UTMA/Florida, on behalf
of all others similarly situated,            :
                                             :
                Plaintiffs,
                                             :
        -against-
                                             :
JP MORGAN CHASE & CO., INC.,
                                             :
                Defendant.
---------------------------------------------------------------x
```

```
---------------------------------------------------------------x
FREDELL D. WILLIAMS, on behalf of            :   02 Civ. 2093 (SHS)
herself and all others similarly situated,
                                             :
                        Plaintiff,
                                             :
        -against-
                                             :
JP MORGAN CHASE & CO., ET ANO.,
                                             :
                        Defendants.
                                             :
---------------------------------------------------------------x
LESLIE TURBOWITZ, on behalf of               :   02 Civ. 2336 (SHS)
himself and all others similarly situated,
                                             :
                        Plaintiff,
                                             :
        -against-
                                             :
JP MORGAN CHASE & CO.,
                                             :
                        Defendant.
                                             :
---------------------------------------------------------------x
EVELYN JONES JOYCE, Trustee, individually, and :   02 Civ. 2804 (SHS)
on behalf of herself and all others similarly situated,
                                             :
                        Plaintiff,
                                             :
        -against-
                                             :
JP MORGAN CHASE, ET ANO.,
                                             :
                        Defendants.
                                             :
---------------------------------------------------------------x
JAMES T. MCKNIGHT, on behalf of              :   02 Civ. 2828 (SHS)
himself and all others similarly situated,
                                             :
                        Plaintiff,
                                             :
        -against-
                                             :
JP MORGAN CHASE,
                                             :
                        Defendant.
                                             :
---------------------------------------------------------------x
```

```
------------------------------------------------------------x
ECA & LOCAL 134 IBEW JOINT PENSION TRUST     :     02 Civ. 2901 (SHS)
OF CHICAGO, on behalf of itself and all others
similarly situated,
                                             :
                    Plaintiff,
                                             :
        -against-
                                             :
JP MORGAN CHASE & CO., ET ANO.,
                                             :
                    Defendants.
------------------------------------------------------------x
```

SIDNEY H. STEIN, U.S. District Judge.

The above captioned actions are currently pending before this Court.

Plaintiffs ECA and Local 134 IBEW Joint Pension Trust of Chicago ("IBEW Trust"); Penn Security Bank & Trust Co. ("Penn Security") and Empire Life Insurance Co. ("Empire Life"); and Joseph Gregory have each moved: (i) to be appointed lead plaintiff in one or more of these actions pursuant to Section 21D(a)(3)(B) of the Private Securities Litigation Reform Act ("PSLRA"), (ii) to have their counsel appointed lead counsel pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, and (iii) for the Court to consolidate the above actions.

A pretrial conference was held on April 26, 2002, and duly recorded.

There have been no oppositions to the motions to the extent they seek consolidation.

Joseph Gregory did not oppose the motions of the other moving plaintiffs.

The Court finds that IBEW Trust, Penn Security, and Empire Life have the greatest apparent financial losses of those who have sought appointment as lead plaintiffs in these actions. Accordingly,

-4-

IT IS HEREBY ORDERED that:

1. The above actions are consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a) under Civil Action # 02 Civ. 1282 (SHS), and all future pleadings shall have the caption In re JP Morgan Chase Securities Litigation;

2. All further filings in these actions shall be made in 02 Civ. 1282 (SHS);

3. IBEW Trust, Penn Security, and Empire Life are appointed lead plaintiffs in the consolidated action pursuant to Section 21D(a)(3)(B) of the PSLRA;

4. The law firms of Weiss & Yourman and Hagens Berman LLP are appointed as co-lead counsel pursuant to Section 21D(a)(3)(B)(v) of the PSLRA;

5. Co-lead counsel for the class shall have the following responsibilities and duties, to be carried out either personally or through counsel whom co-lead counsel shall designate:

> (a) to coordinate the briefing and argument of motions;
>
> (b) to coordinate the conduct of discovery proceedings;
>
> (c) to coordinate the examination of witnesses in depositions;
>
> (d) to coordinate the selection of counsel to act as spokespersons at pretrial conferences;
>
> (e) to call meetings of counsel as they deem necessary and appropriate from time to time;
>
> (f) to coordinate all settlement negotiations with counsel for defendants;
>
> (g) to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;
>
> (h) to supervise any other matters concerning the prosecution or resolution of the related and/or consolidated actions;

(i) no motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff in this action without the approval of co-lead counsel, so as to prevent duplicative pleadings or discovery by plaintiffs in this action; and

(j) no settlement negotiations shall be conducted in this action without the approval of co-lead counsel.

6. A consolidated complaint shall be served and filed on or before September 19, 2002;

7. The defendant shall answer or move with respect to the consolidated complaint on or before November 4, 2002; and

8. If no motion is filed on or before November 4, 2002, the parties shall notify the Court, in writing, and request a pretrial conference.

Dated: New York, New York
August 5, 2002

SO ORDERED:

/s/ Sidney H. Stein
Sidney H. Stein, U.S.D.J.