# Attachment G

Mark W Phillips ITF
FBO Natasha Phillips

Acct #
12-571

## SWORN CERTIFICATION

I, _Mark W. Phillips_, certify that:

1. I have reviewed the complaint and wish to join as a plaintiff.

2. I did not purchase the stock that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. My transactions in the Globalstar Telecommunications, Ltd. common stock, which are the subject of this litigation during the class period set forth in the complaint is/are as follows:

| Security | Number of Shares Purchased | Date of Purchase | Purchase Price Per Share |
|---|---|---|---|
| Common Stock | 3500 shares | 1/26/00 | 37.875 |
| Common Stock | _____ shares | | |
| Common Stock | _____ shares | | |

| Security | Number of Shares Sold | Date of Sale | Sale Price Per Share |
|---|---|---|---|
| Common Stock | 3444 shares | 1/5/00 | 45 |
| Common Stock | _____ shares | | |
| Common Stock | _____ shares | | |
| Common Stock | _____ shares | | |

5. In the last three years I have not sought to serve as a representative party on behalf

Mark W. Phillips TTEE
FBO Amanda Paige Phillips

Acct #
12568

## SWORN CERTIFICATION

I, _Mark W. Phillips_ certify that:

1. I have reviewed the complaint and wish to join as a plaintiff.

2. I did not purchase the stock that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. My transactions in the Globalstar Telecommunications, Ltd. common stock, which are the subject of this litigation during the class period set forth in the complaint is/are as follows:

| Security | Number of Shares Purchased | Date of Purchase | Purchase Price Per Share |
|---|---|---|---|
| Common Stock | 1500 shares | 1/26/00 | 37 7/8 |
| Common Stock | _____ shares | _____ | _____ |
| Common Stock | _____ shares | _____ | _____ |

| Security | Number of Shares Sold | Date of Sale | Sale Price Per Share |
|---|---|---|---|
| Common Stock | _____ shares | _____ | _____ |
| Common Stock | _____ shares | _____ | _____ |
| Common Stock | _____ shares | _____ | _____ |
| Common Stock | _____ shares | _____ | _____ |

5. In the last three years I have not sought to serve as a representative party on behalf

of a class in any federal securities cases.

6.    I will not accept any payment for serving as a representative party, beyond my pro rata share of any recovery or as ordered or approved by the court including, if awarded, the award to a representative of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby declare, under penalty of perjury, that the foregoing are true and correct statements to the best of my knowledge and belief.

I, __Michael S. Phillips__ , certify that:

1.    I have reviewed the complaint and wish to join as a plaintiff.

2.    I did not purchase the stock that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.    I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    My transactions in the Globalstar Telecommunications, Ltd. common stock, which are the subject of this litigation during the class period set forth in the complaint is/are as follows:

| Security | Number of Shares Purchased | Date of Purchase | Purchase Price Per Share |
|---|---|---|---|
| Common Stock | 3490 shares | 1/27/00 | 35 3/8 |
| Common Stock | ___ shares | ___ | ___ |
| Common Stock | ___ shares | ___ | ___ |

| Security | Number of Shares Sold | Date of Sale | Sale Price Per Share |
|---|---|---|---|
| Common Stock | 2732 shares | 1/5/00 | 45 1/4 |
| Common Stock | ___ shares | ___ | ___ |
| Common Stock | ___ shares | ___ | ___ |
| Common Stock | ___ shares | ___ | ___ |

5.    In the last three years I have not sought to serve as a representative party on behalf

*[handwritten top:]* Pacific Phi[llips] P R N 2/0    28012 Pacific

## SWORN CERTIFICATION

I, _Michael Phillips_, certify that:

1.    I have reviewed the complaint and wish to join as a plaintiff.

2.    I did not purchase the stock that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.    I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    My transactions in the Globalstar Telecommunications, Ltd. common stock, which are the subject of this litigation during the class period set forth in the complaint is/are as follows:

| Security | Number of Shares Purchased | Date of Purchase | Purchase Price Per Share |
|---|---|---|---|
| Common Stock | 68,998 shares | 1/27/00 | 36.0682 |
| Common Stock | _____ shares | _____ | _____ |
| Common Stock | _____ shares | _____ | _____ |

| Security | Number of Shares Sold | Date of Sale | Sale Price Per Share |
|---|---|---|---|
| Common Stock | 78,000 shares | 1/5/00 | 45⅜ – 7⅝ |
| Common Stock | _____ shares | _____ | _____ |
| Common Stock | _____ shares | _____ | _____ |
| Common Stock | _____ shares | _____ | _____ |

5.    In the last three years I have not sought to serve as a representative party on behalf

*Michael Phillips IRA Rollover*
*(City plan)*

**SWORN CERTIFICATION**

I, *Michael Phillips*, certify that:

1.    I have reviewed the complaint and wish to join as a plaintiff.

2.    I did not purchase the stock that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.    I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    My transactions in the Globalstar Telecommunications, Ltd. common stock, which are the subject of this litigation during the class period set forth in the complaint is/are as follows:

| Security | Number of Shares Purchased | Date of Purchase | Purchase Price Per Share |
|---|---|---|---|
| Common Stock | 500 shares | 1/26/00 | 37.875 |
| Common Stock | 7312 shares | 1/27/00 | 35.4375 |
| Common Stock | 34,500 shares | 1/27/00 | 36.0682 |

| Security | Number of Shares Sold | Date of Sale | Sale Price Per Share |
|---|---|---|---|
| Common Stock | 34,312 shares | 1/5/00 | #46 |
| Common Stock | ____ shares | ____ | ____ |
| Common Stock | ____ shares | ____ | ____ |
| Common Stock | ____ shares | ____ | ____ |

5.    In the last three years I have not sought to serve as a representative party on behalf

*Michael Phillips IRA*

ACCT # 28172
IRA

<u>SWORN CERTIFICATION</u>

I, __Michael Phillips__, certify that:

1.    I have reviewed the complaint and wish to join as a plaintiff.

2.    I did not purchase the stock that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.    I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    My transactions in the Globalstar Telecommunications, Ltd. common stock, which are the subject of this litigation during the class period set forth in the complaint is/are as follows:

| Security | Number of Shares Purchased | Date of Purchase | Purchase Price Per Share |
|---|---|---|---|
| Common Stock | 2700 shares | 1/27/00 | 35 - 35³/₈ |
| Common Stock | _____ shares | _____ | _____ |
| Common Stock | _____ shares | _____ | _____ |

| Security | Number of Shares Sold | Date of Sale | Sale Price Per Share |
|---|---|---|---|
| Common Stock | 2108 shares | 1/5/00 | 45 ¼ |
| Common Stock | _____ shares | _____ | _____ |
| Common Stock | _____ shares | _____ | _____ |
| Common Stock | _____ shares | _____ | _____ |

5.    In the last three years I have not sought to serve as a representative party on behalf

RE: MICHAEL S. PHILLIPS, FBO:
FBO: JESSICA LEE PHILLIPS
UAD 9/20/96

## SWORN CERTIFICATION

I, __MICHAEL S. PHILLIPS__, certify that:

1. I have reviewed the complaint and wish to join as a plaintiff.

2. I did not purchase the stock that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. My transactions in the Globalstar Telecommunications, Ltd. common stock, which are the subject of this litigation during the class period set forth in the complaint is/are as follows:

| Security | Number of Shares Purchased | Date of Purchase | Purchase Price Per Share |
|---|---|---|---|
| Common Stock | 1000 shares | JAN 26,00 | $37.80 (GROSS 37912.50) |
| Common Stock | ____ shares | _____ | _____ |
| Common Stock | ____ shares | _____ | _____ |

| Security | Number of Shares Sold | Date of Sale | Sale Price Per Share |
|---|---|---|---|
| Common Stock | 1000 shares | DEC 27,00 | $00.75 (GROSS 704.97) |
| Common Stock | ____ shares | _____ | _____ |
| Common Stock | ____ shares | _____ | _____ |
| Common Stock | ____ shares | _____ | _____ |

5. In the last three years I have not sought to serve as a representative party on behalf

RE: MICHAEL S PHILLIPS; TTE
FBO: JASON TODD PHILLIPS
UAD 9/20/96

## SWORN CERTIFICATION

I, _MICHAEL S Phillips_, certify that:

1.  I have reviewed the complaint and wish to join as a plaintiff.

2.  I did not purchase the stock that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.  I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.  My transactions in the Globalstar Telecommunications, Ltd. common stock, which are the subject of this litigation during the class period set forth in the complaint is/are as follows:

| Security | Number of Shares Purchased | Date of Purchase | Purchase Price Per Share |
|---|---|---|---|
| Common Stock | 1000 shares | Nov 26, 00 | $37.80 (GROSS 37912.50) |
| Common Stock | ____ shares | _____ | _____ |
| Common Stock | ____ shares | _____ | _____ |

| Security | Number of Shares Sold | Date of Sale | Sale Price Per Share |
|---|---|---|---|
| Common Stock | 1000 shares | Dec 27, 00 | $00.75 (GROSS 704.97) |
| Common Stock | ____ shares | _____ | _____ |
| Common Stock | ____ shares | _____ | _____ |
| Common Stock | ____ shares | _____ | _____ |

5.  In the last three years I have not sought to serve as a representative party on behalf

Michaels·Phillips Trustee
FBO Kate E Phillips                    Acct# 12574

## SWORN CERTIFICATION

I, _Kate Phillips_, certify that:

1. I have reviewed the complaint and wish to join as a plaintiff.

2. I did not purchase the stock that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. My transactions in the Globalstar Telecommunications, Ltd. common stock, which are the subject of this litigation during the class period set forth in the complaint is/are as follows:

| Security | Number of Shares Purchased | Date of Purchase | Purchase Price Per Share |
|---|---|---|---|
| Common Stock | 1000 shares | 1/26/00 | 37.8125 |
| Common Stock | _____ shares | _____ | _____ |
| Common Stock | _____ shares | _____ | _____ |

| Security | Number of Shares Sold | Date of Sale | Sale Price Per Share |
|---|---|---|---|
| Common Stock | _____ shares | _____ | _____ |
| Common Stock | _____ shares | _____ | _____ |
| Common Stock | _____ shares | _____ | _____ |
| Common Stock | _____ shares | _____ | _____ |

5. In the last three years I have not sought to serve as a representative party on behalf

of a class in any federal securities cases.

6.    I will not accept any payment for serving as a representative party, beyond my *pro rata* share of any recovery or as ordered or approved by the court including, if awarded, the award to a representative of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby declare, under penalty of perjury, that the foregoing are true and correct statements to the best of my knowledge and belief.

_Michael Phillips_ , certify that:

I have reviewed the complaint and wish to join as a plaintiff.

I did not purchase the stock that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.    I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    My transactions in the Globalstar Telecommunications, Ltd. common stock, which are the subject of this litigation during the class period set forth in the complaint is/are as follows:

| Security | Number of Shares Purchased | Date of Purchase | Purchase Price Per Share |
|---|---|---|---|
| Common Stock | ____ shares | _____ | _____ |
| Common Stock | ____ shares | _____ | _____ |
| Common Stock — Senior Note 11¼% | ____ shares | 7/17/00 | $1,000,000 face value cost $362,50 |

| Security | Number of Shares Sold | Date of Sale | Sale Price Per Share |
|---|---|---|---|
| Common Stock | 28998 shares | 7/14/00 | 10.8125 |
| Common Stock | 9500 shares | 9/19/00 | 13⅜ = 13 ⅜ |
| Common Stock | ____ shares | _____ | _____ |
| Common Stock | ____ shares | _____ | _____ |

5.    In the last three years I have not sought to serve as a representative party on behalf

## SWORN CERTIFICATION

Michael Phillips
IRA

Acct # 28172

I, ___Michael Phillips___, certify that:

1.    I have reviewed the complaint and wish to join as a plaintiff.

2.    I did not purchase the stock that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.    I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    My transactions in the Globalstar Telecommunications, Ltd. common stock, which are the subject of this litigation during the class period set forth in the complaint is/are as follows:

| Security | Number of Shares Purchased | Date of Purchase | Purchase Price Per Share |
|---|---|---|---|
| Common Stock | ____ shares | _____ | _____ |
| Common Stock | ____ shares | _____ | _____ |
| Common Stock | ____ shares | _____ | _____ |

| Security | Number of Shares Sold | Date of Sale | Sale Price Per Share |
|---|---|---|---|
| Common Stock | 2700 shares | 10/30/00 | 2.3775 |
| Common Stock | ____ shares | _____ | _____ |
| Common Stock | ____ shares | _____ | _____ |
| Common Stock | ____ shares | _____ | _____ |

5.    In the last three years I have not sought to serve as a representative party on behalf

Michael Phillips
Money Purchse Plan
# 19281

## SWORN CERTIFICATION

I, ___Michael Phillips___ certify that:

1.    I have reviewed the complaint and wish to join as a plaintiff.

2.    I did not purchase the stock that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.    I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    My transactions in the Globalstar Telecommunications, Ltd. common stock, which are the subject of this litigation during the class period set forth in the complaint is/are as follows:

| Security | Number of Shares Purchased | Date of Purchase | Purchase Price Per Share |
|---|---|---|---|
| Common Stock | ____ shares | | |
| Common Stock | ____ shares | | |
| Common Stock | ____ shares | | |

| Security | Number of Shares Sold | Date of Sale | Sale Price Per Share |
|---|---|---|---|
| Common Stock | 3490 shares | 10/30/00 | 2.13775 |
| Common Stock | ____ shares | | |
| Common Stock | ____ shares | | |
| Common Stock | ____ shares | | |

5.    In the last three years I have not sought to serve as a representative party on behalf

## SWORN CERTIFICATION

I, _Michael Phillips_, certify that:

1.     I have reviewed the complaint and wish to join as a plaintiff.

2.     I did not purchase the stock that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.     I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.     My transactions in the Globalstar Telecommunications, Ltd. common stock, which are the subject of this litigation during the class period set forth in the complaint is/are as follows:

| Security | Number of Shares Purchased | Date of Purchase | Purchase Price Per Share |
|---|---|---|---|
| Common Stock | ___ shares | | |
| Common Stock | ___ shares | | |
| Common Stock | ___ shares | | |

| Security | Number of Shares Sold | Date of Sale | Sale Price Per Share |
|---|---|---|---|
| Common Stock | 200,000 shares | 10/30/00 | 2.42 – 2.78 |
| Common Stock | ___ shares | | |
| Common Stock | ___ shares | | |
| Common Stock | ___ shares | | |

5.     In the last three years I have not sought to serve as a representative party on behalf

of a class in any federal securities cases.

6.    I will not accept any payment for serving as a representative party, beyond my *pro rata* share of any recovery or as ordered or approved by the court including, if awarded, the award to a representative of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby declare, under penalty of perjury, that the foregoing are true and correct statements to the best of my knowledge and belief.

Natasha Phillips

## SWORN CERTIFICATION

Acct #
12122

I, _Juliana Maio_____, certify that:

1.      I have reviewed the complaint and wish to join as a plaintiff.

2.      I did not purchase the stock that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.      I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      My transactions in the Globalstar Telecommunications, Ltd. common stock, which are the subject of this litigation during the class period set forth in the complaint is/are as follows:

| Security | Number of Shares Purchased | Date of Purchase | Purchase Price Per Share |
|----------|---------------------------|------------------|--------------------------|
| Common Stock | 1000 shares | 1/26/00 | 37.8125 |
| Common Stock | ____ shares | _____ | _____ |
| Common Stock | ____ shares | _____ | _____ |

| Security | Number of Shares Sold | Date of Sale | Sale Price Per Share |
|----------|----------------------|--------------|----------------------|
| Common Stock | 1000 shares | 1/5/00 | 45 1/8 |
| Common Stock | ____ shares | _____ | _____ |
| Common Stock | ____ shares | _____ | _____ |
| Common Stock | ____ shares | _____ | _____ |

5.      In the last three years I have not sought to serve as a representative party on behalf

of a class in any federal securities cases.

6.    I will not accept any payment for serving as a representative party, beyond my *pro rata* share of any recovery or as ordered or approved by the court including, if awarded, the award to a representative of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby declare, under penalty of perjury, that the foregoing are true and correct statements to the best of my knowledge and belief.

*Juliana Maio IRA*
*Acct # 28292*

## SWORN CERTIFICATION

I, Juliana Maio , certify that:

1.    I have reviewed the complaint and wish to join as a plaintiff.

2.    I did not purchase the stock that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.    I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    My transactions in the Globalstar Telecommunications, Ltd. common stock, which are the subject of this litigation during the class period set forth in the complaint is/are as follows:

| Security | Number of Shares Purchased | Date of Purchase | Purchase Price Per Share |
|---|---|---|---|
| Common Stock | 500 shares | 1/26/00 | 37 7/8 |
| Common Stock | ____ shares | _____ | _____ |
| Common Stock | ____ shares | _____ | _____ |

| Security | Number of Shares Sold | Date of Sale | Sale Price Per Share |
|---|---|---|---|
| Common Stock | 132 shares | 1/5/00 | 45 1/4 |
| Common Stock | 500 shares | 9/18/00 | 13 |
| Common Stock | ____ shares | _____ | _____ |
| Common Stock | ____ shares | _____ | _____ |

5.    In the last three years I have not sought to serve as a representative party on behalf

of a class in any federal securities cases.

6.    I will not accept any payment for serving as a representative party, beyond my *pro rata* share of any recovery or as ordered or approved by the court including, if awarded, the award to a representative of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby declare, under penalty of perjury, that the foregoing are true and correct statements to the best of my knowledge and belief.

*Juliana Maio IRA*
*Acct # 28292*

## SWORN CERTIFICATION

I, ___Juliana Maio___, certify that:

1. I have reviewed the complaint and wish to join as a plaintiff.

2. I did not purchase the stock that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. My transactions in the Globalstar Telecommunications, Ltd. common stock, which are the subject of this litigation during the class period set forth in the complaint is/are as follows:

| Security | Number of Shares Purchased | Date of Purchase | Purchase Price Per Share |
|---|---|---|---|
| Common Stock | 500 shares | 1/26/00 | 37 7/8 |
| Common Stock | ___ shares | | |
| Common Stock | ___ shares | | |

| Security | Number of Shares Sold | Date of Sale | Sale Price Per Share |
|---|---|---|---|
| Common Stock | 132 shares | 1/5/00 | 45 1/2 |
| Common Stock | 500 shares | 9/18/00 | 13 |
| Common Stock | ___ shares | | |
| Common Stock | ___ shares | | |

5. In the last three years I have not sought to serve as a representative party on behalf

of a class in any federal securities cases.

5.      I will not accept any payment for serving as a representative party, beyond my *pro rata* share of any recovery or as ordered or approved by the court including, if awarded, the award to a representative of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby declare, under penalty of perjury, that the foregoing are true and correct statements to the best of my knowledge and belief.

9919191