# Attachment I

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, William C. Binnig ("Plaintiff"), declare the following as to the claims asserted under the federal securities laws, that:

1.    Plaintiff has reviewed the complaint filed in this matter and has authorized the filing of a complaint based on similar allegations in a related or amended complaint. Plaintiff retains Bernstein Liebhard & Lifshitz, LLP and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis.

2.    Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3.    Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependant upon execution of this Certification.

4.    Plaintiff's transaction(s) in the QLT, INC. security that is the subject of this action during the period of 8/1/00 through 12/14/00 are as follows:

| No. of Shares | Stock Symbol | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| 5,000 | QLTI | Buy | 11/20/00 | $70.00 |
| 50 Put Contracts June -60 | QLTI | Sell | 12/13/00 | $20.625 |
| 5000 | QLT I | SOLD | 12-5-00 | 45.00 |

Please list other transactions on a separate sheet of paper, if necessary.

5.    During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for the class in any action filed under the federal securities laws except as indicated here:

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, or as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of March, 2001.

_William C._ (signature)
Signature

William C. Binnig
Print Name

S.\Secrt\QLTI\black certification.wpd

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Paul E. Bowes ("Plaintiff"), declare the following as to the claims asserted under the federal securities laws, that:

1.    Plaintiff has reviewed the complaint filed in this matter and has authorized the filing of a complaint based on similar allegations in a related or amended complaint. Plaintiff retains Bernstein Liebhard & Lifshitz, LLP and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis.

2.    Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3.    Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

4.    Plaintiff's transaction(s) in the QLT, INC. security that is the subject of this action during the period of 8/1/00 through 12/14/00 are as follows:

| No. of Shares | Stock Symbol | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| 5,000 | QLTI | Buy | 11/20/00 | $70.00 |
| 5,000 | QLTI | Sell | 11/28/00 | $45.75 |
| | | | | |
| | | | | |

Please list other transactions on a separate sheet of paper, if necessary.

5.    During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for the class in any action filed under the federal securities laws except as indicated here:

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, or as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of March, 2001.

WE ARE IN A JOINT ACCOUNT
AT CIBC. OPPENHEIMER

Signature _____

Paul E. Bowes    P. Bowes
Print Name

S:\Secs\QLTI\blank.certification.wpd

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, _Dennis P. Malley & Susan A. Malley_ ("Plaintiff"), declare the following as to the claims asserted under the federal securities laws, that:

1.    Plaintiff has reviewed the complaint filed in this matter and has authorized the filing of a complaint based on similar allegations in a related or amended complaint. Plaintiff retains Bernstein Liebhard & Lifshitz, LLP and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis.

2.    Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3.    Plaintiff is willing to serve as a representative party and lead plaintiff on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

4.    Plaintiff's transaction(s) in the QLT INC. security that is the subject of this action during the period of 8/1/00 through 12/14/00 are as follows:

| No. of Shares | Stock Symbol | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| 1500 | QLTI | | Buy 10/9    Sell 12/29 | Buy 55 1/4    Sell 28 |
| 5000 | QLTI | | Buy 11/20    Sell 11/28 | Buy 70    Sell 45 3/4 |

**Please list other transactions on a separate sheet of paper , if necessary.**

5.    During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for the class in any action filed under the federal securities laws except as indicated here:

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, or as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __11th__ day of __MARCH__, 2001.

_Dennis P. Malley / Susan A. Malley_
Signature

_Dennis P. Malley_
Print Name

S:\Secra\QLT\1blank.certification.wpd