# Attachment K

14:40 FAX 1212 563 2897      MILBERG WEISS                              ☒002

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, ALLAN KRAMER, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. I have reviewed the Deutsche Telekom, AG (NYSE: DT) complaint prepared by Milberg Weiss Bershad Hynes & Lerach LLP, whom I designate as my counsel in this action for all purposes.

2. I did not acquire Deutsche Telekom, AG (NYSE: DT) stock at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

3. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

5. I have not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years, except: NONE

6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party.

7. Since June 8, 1999, I have made the following transactions in Deutsche Telekom (NYSE: DT) securities, and will provide records of those transactions upon request:

| No. of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| 2000 | Buy | 06/19/00 | $64.38 |
| 2000 | Sell | 12/19/00 | $31.75 |
|  |  |  |  |
|  |  |  |  |

Please use and attach additional pages if necessary.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of JAN., 2001

_____
Signature

information, please do not hesitate to contact me at 1 (800) 217-1522.

    Sincerely,

    Linda P. Flood
    Director of Shareholder Relations

LPF/ndc
Enclosure

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

  I, (print name) BRUCE H HOLBERG ("Plaintiff"), declare the following as to the claims asserted under the federal securities laws, that:

  1. Plaintiff has reviewed the complaint filed in this matter and has authorized the filing of a complaint based on similar allegations in a related or amended complaint. Plaintiff retains Bernstein Liebhard & Lifshitz, LLP and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis.

  2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

  3. Plaintiff is willing to serve as a representative party and lead plaintiff on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

  4. Plaintiff's transaction(s) in the DEUTSCHE TELEKOM AG security that is the subject of this action during the Class Period are as follows:

| No. of Shares | Stock Symbol | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| 500 | DT | Buy | 6/19/00 | $64.38 |
| 1500 | DT | Buy | 6/19/00 | $64.38 |

Page 2

E-mailPack.wpd

Please list other transactions on a separate sheet of paper, if necessary.

5. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for the class in any action filed under the federal securities laws except as indicated here:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, or as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of December, 2000.

_____
Signature

BRUCE H HOLBERG
Print Name