# Attachment L



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
IN RE: DEUTSCHE TELEKOM AG            :    Civil Action No. 00-CV-9475(SHS)
SECURITIES LITIGATION                 :
                                      :
_____:
                                      :
THIS DOCUMENT RELATES TO:             :    DOC # 19
ALL ACTIONS                           :
                                      :
                                      :
---------------------------------------- X

### [PROPOSED] ORDER APPOINTING LEAD PLAINTIFFS AND APPROVING THEIR SELECTION OF COUNSEL

Upon good cause shown, IT IS HEREBY ORDERED THAT:

#### Appointment of Lead Plaintiffs

Class members Allan Kramer, Bruce Holberg, and Richard Rand are hereby appointed lead plaintiffs pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§77z-1(a)(3)(B). This appointment is without prejudice to defendants' right to challenge the adequacy, typicality or ability of those plaintiffs to represent the absent class members in this consolidated action or the propriety of this case being certified as a class action.

#### Organization of Plaintiffs' Counsel

Lead plaintiffs' selection of the law firms of Bernstein Liebhard & Lifshitz, LLP, Milberg Weiss Bershad Hynes & Lerach, LLP, and Stull, Stull & Brody as co-lead counsel for all plaintiffs ("Plaintiffs' Lead Counsel") and the Class in this consolidated action (brought on behalf of all purchasers of American Depository Shares of Deutsche Telekom, AG during the Class Period) is approved.

Plaintiffs' Lead Counsel are hereby vested by the Court with the following responsibilities and duties in connection with this consolidated action:

1. To direct and coordinate the briefing and arguing of motions;

2. To direct and coordinate the initiation and conduct of discovery proceedings, including, but not limited to, requests for production of documents and/or third party subpoenas;

3. To direct and coordinate the examination of witnesses in depositions and oral interrogatories;

4. To act as spokepersons at pretrial conferences;

5. To call meetings of plaintiffs' counsel as appropriate or necessary from time to time;

6. To direct the preparation for a trial of this matter and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

7. To direct and coordinate the conduct of pre-trial, trial and post-trial proceedings;

8. To consult with and employ experts;

9. To coordinate and collect monthly time and expense reports from all plaintiffs' attorneys in this consolidated action;

10. To initiate and conduct all settlement negotiations with counsel for defendants; and

11. To perform such other duties as may be expressly authorized by further order of the Court.

12. *There will be a pretrial conference on July 13, 2001, at 12:00 p.m.*

-2-

No motion, request for discovery, or other pre-trial proceedings shall be initiated or filed by any plaintiff except through Plaintiffs' Lead Counsel.

Defendants' counsel may rely upon all agreements made with Plaintiffs' Lead Counsel, and such agreements shall be binding on all plaintiffs in this consolidated action.

Plaintiffs' Lead Counsel are hereby designated as the counsel for plaintiffs upon whom all notices, orders, pleadings, motions, discovery, and memoranda may be served and defendants shall effect service of papers on plaintiffs by serving Bernstein Liebhard & Lifshitz, LLP, 10 East 40th Street, New York, New York 10016 and Milberg Weiss Bershad Hynes & Lerach, LLP, One Penn Plaza, 49th Floor, New York, New York 10119-0165, ~~and Stull, Stull & Brody, 6 East 45th Street, New York, New York 10017~~.

If defendants file a single pleading or other paper directed to all plaintiffs in these consolidated actions, the response on behalf of plaintiffs shall be made in a single pleading or other paper to be served by Plaintiffs' Lead Counsel. All plaintiffs in these consolidated actions shall be bound by that pleading or paper.

The organizational structure established by this Order shall bind counsel for plaintiffs in this consolidated action or any subsequently filed cases consolidated therewith.

The Proposed Lead Plaintiffs, through Plaintiffs' Lead Counsel, shall file a consolidated class action complaint (the "Consolidated Complaint") within 45 days of the entry of this Order.

The defendants shall answer or otherwise respond to the Consolidated Complaint within 45 days after its service.

SO ORDERED, this 9 day of April, 2001

_____
The Honorable Sidney H. Stein
United States District Judge