**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BERT VLADIMIR, Individually And On Behalf Of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIOENVISION, INC., CHRISTOPHER B. WOOD, and JAMES S. SCIBETTA, )<br>)<br>Defendants. ) | 07 CV 6416 (SHS) (AJP)<br><br><u>CLASS ACTION</u><br><br>ECF CASE |

**<u>CERTIFICATE OF SERVICE</u>**

## CERTIFICATE OF SERVICE

I, Jason D'Agnenica, hereby certify that I caused the following document, together with all attachments thereto, to be served via the Court's ECF System on September 25, 2007 on all parties of record in the action other the parties listed on the attached service list who were served by overnight delivery on September 26, 2007:

>MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION OF THE MOTION OF DONALD JOHNSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL AND IN OPPOSITION TO THE MOTION OF BERT VLADIMIR AND GARY THESLING

Dated: September 26, 2007

By: /s/ Jason D'Agnenica
_____
Jason D'Agnenica (JD-9340)
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230

**On Behalf of Movant Donald Johnson**

**SERVICE LIST**

Brian E. Pastuszenski
GOODWIN PROCTER, LLP
Exchange Place
53 State Street
Boston, MA 02109

*Counsel for Defendants Bioenvision, Inc.,
Christopher B. Wood and James S. Scibetta*

Stacey S. Baron
GOODWIN PROCTER, LLP
Exchange Place
53 State Street
Boston, MA 02109

*Counsel for Defendants Bioenvision, Inc.,
Christopher B. Wood and James S. Scibetta*