# EXHIBIT B



## Stull, Stull & Brody Announces Class Action on Behalf of Shareholders of Bioenvision, Inc. -- BIVN

[ Join Class ]

ATTORNEY ADVERTISING. PRIOR RESULTS DO NOT GUARANTEE A SIMILAR OUTCOME.

NEW YORK, July 17, 2007 — Notice is hereby given that a class action has been commenced in the United States District Court for the Southern District of New York on behalf of persons who sold Bioenvision, Inc. ("BIVN" or the "Company")) (NASDAQ:GM:BIVN - News) securities during the period between May 1, 2007 through May 28, 2007 (the "Class Period").

The lawsuit charges that defendants violated the federal securities laws by issuing a series of materially false and misleading statements to the market throughout the Class Period about the Company and by failing to disclose material information about the Company's plan to merge with Genzyme, and when the market learned the truth the price of Bioenvision securities increased substantially.

If you sold Bioenvision's publicly traded securities during the Class Period, you may request that the Court appoint you as lead plaintiff no later than 60 days from July 13, 2007. A lead plaintiff is a representative party that acts on behalf of other class members in directing the litigation. In order to be appointed lead plaintiff, the Court must determine that the class member's claim is typical of the claims of other class members, and that the class member will adequately represent the class. Under certain circumstances, one or more class members may together serve as "lead plaintiff." Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as a lead plaintiff. You may retain Stull, Stull & Brody, or other counsel of your choice, to serve as your counsel in this action. Stull, Stull & Brody has litigated many class actions for violations of securities laws in federal courts over the past 30 years and has obtained court approval of substantial settlements on numerous occasions. Stull, Stull & Brody maintains offices in New York and Los Angeles.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests with respect to these matters, please contact Tzivia Brody, Esq. at

Stull, Stull & Brody by e-mail at SSBNY@aol.com, by calling toll-free 1-800-337-4983, or by fax at 212/490-2022, or by writing to Stull, Stull & Brody, 6 East 45th Street, New York, NY 10017. You can also visit our website at www.ssbny.com.

ATTORNEY ADVERTISING. PRIOR RESULTS DO NOT GUARANTEE A SIMILAR OUTCOME.

[ Firm Biography ] [ Resources and Research Aids ] [ News and Updates ]
[ Report Suspected Securities Fraud Here ] [ Disclaimer ]

**[ Recently Filed Class Actions ]**

© Copyright 1999-2005. Stull, Stull & Brody
Published in U.S.A. All rights reserved.
Reproduction/redistribution prohibited.