## CERTIFICATE OF SERVICE

I, Lee Squitieri, hereby certify that on October 2, 2007 I caused true and correct copies of the accompanying THESLING MOVANTS' REPLY MEMORANDUM OF LAW IN RESPONSE TO OPPOSITION OF DONALD JOHNSON FOR APPOINTMENT OF THESLING MOVANTS AS LEAD PLAINTIFFS AND REPLY DECLARATION OF LEE SQUITIERI IN FURTHER SUPPORT OF GARY A. THESLING AND BERT VLADIMIR'S MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS to be served upon counsel listed below by depositing a true copy of the same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York or otherwise indicated::

Alexis L. Shapiro
GOODWIN PROCTER LLP
53 State Street
Exchange Place
Boston, Massachusetts 02109

Jason D'Agnenica
STULL, STULL & BRODY
6 East 45th Street
New York, New York 10017

_____
Lee Squitieri