## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 2, 2007 I caused the following document to be

served via the Court's CM/ECF System on all parties of record in the action who have registered

with the Court's CM/ECF System:

> REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION OF THE MOTION
> OF DONALD JOHNSON FOR APPOINTMENT AS LEAD PLAINTIFF AND
> APPROVAL OF SELECTION OF LEAD COUNSEL

I FURTHER CERTIFY that on October 3, 2007, I caused the foregoing document and

notice of electronic filing thereof to be sent by overnight delivery to the following parties of

record who have not registered with the Court's CM/ECF system:

| | |
|---|---|
| Brian E. Pastuszenski, Esq. | Stacey S. Baron, Esq. |
| GOODWIN PROCTER, LLP | GOODWIN PROCTER, LLP |
| Exchange Place | Exchange Place |
| 53 State Street | 53 State Street |
| Boston, MA 02109 | Boston, MA 02109 |
| | |
| *Counsel for Defendants Bioenvision,* | *Counsel for Defendants Bioenvision,* |
| *Inc., Christopher B. Wood and* | *Inc., Christopher B. Wood and* |
| *James S. Scibetta* | *James S. Scibetta* |

Dated: October 3, 2007

s/ Aaron Brody
Aaron Brody (AB-5850)
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022