AO 85A (Rev. 8/98) Consent to Exercise of Jurisdiction by a United States Judge Over Specific Motion(s)

# UNITED STATES DISTRICT COURT

___Southern___ DISTRICT OF ___New York___

Vladimir
  Plaintiff
V.

Defendant

Brienvision, Inc. et al

CONSENT TO EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE
OVER DISPOSITIVE MOTIONS DESCRIBED
UNDER 28 U.S.C.§636(b)(1)(B)

CASE NUMBER: 07 CIV 6416
(Class Action)

## CONSENT TO EXERCISE OF JURISDICTION

In accordance with the provisions of 28 U.S.C.§636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below.

MOTION(S): ___For Appt of Lead Pltf Pursuant to PSLRA___

| Party Represented | Signatures | Date |
|---|---|---|
| Vladimir Thesling | | 9.20.07 |
| Johnson Pond | | 9/20/07 |
| Defendants | | 9/20/07 |

## ORDER OF REFERENCE

IT IS ORDERED that the above motion(s) be referred to ___Mag. Judge Andrew J. Peck___, United States Magistrate Judge, to conduct all proceedings and enter a final order on such motion(s) in accordance with 28 U.S.C.§636(c) and Fed.R.Civ.P.73.

10/2/07
Date

United States District Judge

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.