USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERT VLADIMIR, Individually And On Behalf )
Of All Others Similarly Situated, )
) 07 CV 6416 (SHS) (AJP)
Plaintiff, )
) CLASS ACTION
v. )
) ECF CASE
BIOENVISION, INC., CHRISTOPHER B. WOOD, )
and JAMES S. SCIBETTA, )
)
Defendants. )

### [PROPOSED] ORDER GRANTING THE MOTION OF DONALD JOHNSON FOR LEAVE TO FILE SURREPLY

This matter comes before the Court on Donald Johnson's Motion for Leave to File a Surreply to the Vladimir/Thesling Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (Dkt. No. ___). Upon consideration of the motion of Donald Johnson, the applicable law and the entire record of this case, it is hereby

ORDERED that Donald Johnson is granted leave to file his Surreply to the Vladimir/Thesling Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. Accordingly, the Surreply that was previously lodged with the clerk as an exhibit to the motion (Dkt No. ___) shall be deemed filed this date.

SO ORDERED.

Date: 10/11/07

ANDREW J. PECK
United States Magistrate Judge

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

BY FAX

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:  (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** October 11, 2007

**Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Olimpio Lee Squitieri, Esq. | 212-421-6553 |
| Robert I. Harwood, Esq. | 212-753-3630 |
| Jason D'Agnenica, Esq. | 212-490-2022 |
| Alexis L. Shapiro, Esq. | 617-523-1231 |
| Glenn S. Kerner, Esq. | 212-355-3333 |

# TRANSCRIPTION:

[New last paragraph]:

   No more submissions from any party will be accepted except any that the Court may request.


**Copy to:**   Judge Sidney H. Stein