UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

BERT VLADIMIR, individually and on behalf of all  :
others similarly situated,

                                      Plaintiff,  :     07 Civ. 6416 (SHS) (AJP)

                              -against-  :     **ORDER**

BIOENVISION, INC., CHRISTOPHER B. WOOD &
JAMES S. SCIBETTA,  :

                               Defendants.  :

------------------------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

       Mr. Thesling is to submit a final certification, to correct the typographical and other errors pointed out in Mr. Johnson's surreply papers. The Court notes that while "typos" are a fact of life, Thesling's counsel at the least should be thoroughly embarrassed at the number of times it has had to file a corrected Thesling certification. This is the last one the Court will accept – get it 100% right. The final certification is to be filed by <u>October 15, 2007</u>.

       SO ORDERED.

Dated:      New York, New York
              October 11, 2007

                                                              Andrew J. Peck
                                                              United States Magistrate Judge

Copies **by fax & ECF** to:    Olimpio Lee Squitieri, Esq.
                                        Robert I. Harwood, Esq.
                                        Jason D'Agnenica, Esq.
                                        Alexis L. Shapiro, Esq.
                                        Glenn S. Kerner, Esq.
                                        Judge Sidney H. Stein

C:\OPIN\