UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

BERT VLADIMIR, individually and on
behalf of all others similarly situated,

          Plaintiff,

          -against-

BIOENVISION, INC., CHRISTOPHER B.
WOOD & JAMES S. SCIBETTA,

          Defendants.

------------------------------- x

07 Civ. 6416 (SHS) (AJP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/07

**ANDREW J. PECK, United States Magistrate Judge:**

      The parties have consented to decision as to lead plaintiff and lead counsel by a Magistrate Judge pursuant to 28 U.S.C. § 636(c). (Dkt. No. 35.) The Court appoints plaintiff Bert Vladimir and class member Gary Thesling (the Thesling Group) to serve as co-lead plaintiffs and approves the Thesling Group's selection of Squitieri & Fearon, LLP as lead counsel pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4. An Opinion explaining the Court's decision will follow. However, this Order triggers the time lines set in this Court's July 30, 2007 Order. (See Dkt. No. 7.) Plaintiffs have twenty days (20) from today, i.e., until November 26, 2007, to file the consolidated amended complaint, and Defendants have twenty (20) days following

2

the filing of the amended complaint to answer or otherwise respond to the amended complaint. (See Dkt. No. 7.)

        SO ORDERED.

DATED:     New York, New York
               November 2, 2007

                                           Andrew J. Peck
                                           United States Magistrate Judge

Copies **by fax & ECF** to:    Olimpio Lee Squitieri, Esq.
                             Robert I. Harwood, Esq.
                             Jules Brody, Esq.
                             Aaron L. Brody, Esq.
                             Jason D'Agnenica, Esq.
                             Alexis L. Shapiro, Esq.
                             Brian E. Pastuszenski, Esq.
                             Stacey S. Baron, Esq.
                             Glenn S. Kerner, Esq.
                             Judge Sidney H. Stein