# GOODWIN | PROCTER

Alexis L. Shapiro
617 570 1974
ashapiro@goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T. 617 570.1000
F. 617 523.1231





November 14, 2007

**VIA FACSIMILE**

Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **Vladimir v. Bioenvision, et al. Case Number 07-6416**

Your Honor:

Defendants in the above-referenced action submit this letter pursuant to the Court's request dated November 13, 2007. Defendants do not object to the Court allowing lead plaintiffs in this action to serve "preservation" subpoenas to non-parties, as long as those subpoenas simply reference preservation of documents and information, but not production of the same.

Sincerely,

Alexis L. Shapiro

cc: Lee Squitieri, Esq., Counsel for Lead Plaintiffs

**MEMO ENDORSED** 11/14/07

On cover, "preservation" but not production subpoenas to non-parties clarified – it's 11/13 letter is APPROVED

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
### Southern District of New York
### United States Courthouse
### 500 Pearl Street, Room 1370
### New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:**  November 14, 2007

**Total Number of Pages:** ____

| TO | FAX NUMBER |
|---|---|
| Lee Squitieri, Esq. | 212-421-6553 |
| Robert I. Harwood, Esq. | 212-753-3630 |
| Jason D'Agnenica, Esq. | 212-490-2022 |
| Alexis L. Shapiro, Esq. | 617-523-1231 |
| Glenn S. Kerner, Esq. | 212-355-3333 |

# TRANSCRIPTION:

**MEMO ENDORSED 11/14/07**

On consent, "preservation" but not production subpoenas to the non-parties identified in plaintiff's 11/13 letter are APPROVED.

Copy to:    Judge Sidney H. Stein