**SQUITIERI & FEARON, LLP**
32 EAST 57TH STREET
12TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 421-6492
FAX: (212) 421-6553
www.sfclasslaw.com

LEE SQUITIERI*
STEPHEN J. FEARON, JR.
MARIA J. CICCIA**
CHARIS M. FORD
MICHAEL G. FREEDMAN
JENNIFER WU*

*ADMITTED TO N.Y. & N.J. BARS
**ADMITTED TO N.Y. & CT. BARS

NEW JERSEY OFFICE
2600 KENNEDY BOULEVARD
SUITE 1K
JERSEY CITY, NEW JERSEY 07306
TEL: (201) 200-0900
FAX: (201) 200-9008

November 19, 2007

**VIA TELECOPIER**

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Vladimir v. Bioenvision, Inc., et al.
     Docket No.: 07-civ-6416

Dear Judge Peck:

We represent lead plaintiffs in this action. We write in reference to the third parties preservation subpoenas Your Honor granted plaintiffs permission to serve on November 14, 2007.

Since that time, we have identified three additional third parties on which we wish to serve preservation subpoenas. Accordingly, we respectfully request Your Honor's permission to serve the following third parties - SCO Capital Partners, Elliott Associates, L.P. and Elliott International, L.P. with preservation subpoenas.

Respectfully submitted,

SQUITIERI & FEARON, LLP

By: _____
    Maria J. Ciccia (MC-2801)

MJC:mm

cc:  Alexis L. Shapiro, Esq.



MEMO ENDORSED 11/19/07

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** November 19, 2007                    **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Maria J. Ciccia, Esq.<br>Olimpio Lee Squitieri, Esq. | 212-421-6553 |
| Robert I. Harwood, Esq. | 212-753-3630 |
| Jason D'Agnenica, Esq. | 212-490-2022 |
| Alexis L. Shapiro, Esq. | 617-523-1231 |
| Glenn S. Kerner, Esq. | 212-355-3333 |

# TRANSCRIPTION:

**MEMO ENDORSED 11/19/07**

Approved.

Copy to:   Judge Sidney H. Stein