## CERTIFICATE OF SERVICE

I, Lee Squitieri, hereby certify that on November 26, 2007 I caused true and correct copies of the accompanying SUPPLEMENTAL AMENDED CLASS ACTION COMPLAINT to be served upon counsel listed below by Federal Express overnight delivery or as otherwise indicated:

> Alexis L. Shapiro
> GOODWIN PROCTER LLP
> 53 State Street
> Exchange Place
> Boston, Massachusetts 02109
>
> Jason D'Agnenica
> STULL, STULL & BRODY
> 6 East 45th Street
> New York, New York 10017

_____
Lee Squitieri