UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERT VLADIMIR, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>      v.<br><br>BIOENVISION INC., CHRISTOPHER B. WOOD, JOSEPH P. COOPER, STEVEN A. ELMS, MICHAEL G. KAUFFMAN, ANDREW SCHIFF, JAMES S. SCIBETTA, and PERSEUS-SOROS BIOPHARMACEUTICAL FUND, LP,<br><br>         Defendants. | Index No. 07-CIV-6416<br><br>Judge Sidney H. Stein |

    Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record, for Defendant Perseus-Soros Biopharmaceutical Fund, LP.

Dated: December 10, 2007

            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

            By: /s/ Richard R. Rosen

            Richard R. Rosen
            1285 Avenue of the Americas
            New York, NY 10019-6064
            rrosen@paulweiss.com

            *Attorneys for Defendants Perseus-Soros Biopharmaceutical Fund, LP*

TO:

Olimpio Lee Squitieri
SQUITIERI & FEARON LLP
32 East 57th Street, 12th Floor
New York, NY 10022

Jeffrey Michael Norton
Robert I. Harwood
HARWOOD, FEFFER, L.L.P.
488 Madison Avenue
New York, NY 10022

Jules Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017

*Attorneys for Lead Plaintiffs*

Aaron Lee Brody
Jason Robert D'Agnenica
STULL STULL & BRODY
6 East 45th Street, 5th Floor
New York, NY 10017

*Attorneys for Plaintiff Donald Johnson*