*Peck, mag*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07

BERT VLADIMIR, Individually and On Behalf )
Of All Other Similarly Situated, )
 )
        Plaintiffs, )
 )
v. )
 )
BIOENVISION INC., CHRISTOPHER B. )  Civil Action No. 07-CIV-6416
WOOD, JOSEPH P. COOPER, STEVEN A. )
ELMS, MICHAEL G. KAUFFMAN, ANDREW )  STIPULATION AND
SCHIFF, JAMES S. SCIBETTA, and PERSEUS- )  ~~PROPOSED~~ ORDER
SOROS BIOPHARMACEUTICAL FUND, LP, )
 )
        Defendants. )

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that the time for Defendants Bioenvision, Inc., Christopher B. Wood, Joseph P. Cooper, Steven A. Elms, Michael G. Kauffman, Andrew Schiff, James S. Scibetta, and Perseus-Soros Biopharmaceutical Fund, LP ("Defendants") to answer, move or otherwise respond to the Supplemental Amended Class Action Complaint herein, shall hereby be extended for the first time from December 17, 2007 to and including January 30, 2008. *No further extensions will be permitted.* [AP]

IT IS HEREBY FURTHER STIPULATED and agreed, by and between the undersigned attorneys for the parties, that Lead Plaintiffs, Bert Vladimir and Gary Thesling, and plaintiff Donald Johnson ("Plaintiffs") shall serve any opposition to Defendants' Motion to Dismiss, if made, on or before February 29, 2008.

IT IS HEREBY FURTHER STIPULATED and agreed, by and between the undersigned attorneys for the parties, that Defendants shall serve any reply to

10830901_1.DOC

Plaintiffs' opposition to Defendants' Motion to Dismiss, if made, on or before March 20, 2008;

IT IS HEREBY FURTHER STIPULATED and agreed, by and between the undersigned, that the attorneys for defendants Joseph P. Cooper, Steven A. Elms, Michael G. Kauffman, Andrew Schiff, and Perseus-Soros Biopharmaceutical Fund, LP parties hereby accept service of the summons and complaint on behalf of the aforementioned defendants.

Dated: New York, New York
December 7, 2007

ROPES & GRAY LLP

By: _____
Lee S. Gayer
1211 Avenue of the Americas
New York, New York 10036-8704
lee.gayer@ropesgray.com
Telephone: (212) 596-9000
-and-
John D. Donovan, Jr.
Christopher G. Green
Amy D. Roy
One International Place
Boston, MA 02210-2624
Telephone: (617) 951-7000

Attorneys for Defendants Bioenvision, Inc., Christopher B. Wood, Joseph P. Cooper, Steven A. Elms, Michael G. Kauffman, Andrew Schiff, and James S. Scibetta

SQUITIERI & FEARON, LLP

By: _____
Lee Squitieri
32 East 57th Street
12th Floor
New York, New York 10022
lee@sfclasslaw.com
Telephone: (212) 421-6492

Lead Counsel for Plaintiffs

Robert I. Harwood
Jeffery M. Norton
HARWOOD FEFFER LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 935-7400

Jules Brody
STULL, STULL & BRODY
6 East 45th Street
New York, New York 10017
Telephone: (212) 687-7230

Attorneys for Plaintiffs

SO ORDERED: _____ 12/10/07
Hon. Andrew Jay Peck
United States Magistrate Judge

10830901_1.DOC

BY FAX

PAUL, WEISS, RIFKIND,
WHARTON, & GARRISON LLP

By: /s/ Richard A. Rosen
Richard A. Rosen
1285 Avenue of the Americas
New York, New York 10019
rrosen@paulweiss.com
Telephone: (212) 373-3000

Attorneys for Defendant Perseus-Soros
Biopharmaceutical Fund, LP


SO ORDERED:

_____
Hon. Andrew Jay Peck
United States Magistrate Judge

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** __December 10, 2007__                    **Total Number of Pages:** __4__

| TO | FAX NUMBER |
|---|---|
| Olimpio Lee Squitieri, Esq. | 212-421-6553 |
| Robert I. Harwood, Esq. | 212-753-3630 |
| Jason D'Agnenica, Esq. | 212-490-2022 |
| Christopher G. Green, Esq. | 617-235-0569 |
| Lee S. Gayer, Esq. | 212-596-9090 |
| Richard A. Rosen, Esq. | 212-757-3990 |
| Alexis L. Shapiro, Esq. | 617-523-1231 |
| Glenn S. Kerner, Esq. | 212-355-3333 |

# TRANSCRIPTION:

[New sentence at end of 1st paragraph]:

. . . **No further extensions will be permitted.**