UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ )
                                                             )
BERT VLADIMIR, individually and on behalf of all             )
others similarly situated,                                   )
                                                             )
        Plaintiffs,                                   )    Case No. 07-CV-6416 (SHS)(AJP)
                                                             )
        v.                                            )    **STIPULATION AND ORDER OF**
                                                             )    **SUBSTITUTION OF COUNSEL**
BIOENVISION, INC., CHRISTOPHER B. WOOD,                      )
JOSEPH P. COOPER, STEVEN A. ELMS,                            )
MICHAEL G. KAUFFMAN, ANDREW SCHIFF,                          )
JAMES S. SCIBETTA, and PERSEUS-SOROS                         )
BIOPHARMACEUTICAL FUND, LP,                                  )
                                                             )
        Defendants.                                   )
                                                             )
------------------------------------------------------------ )



RECEIVED DEC 12 2007 CHAMBERS OF ANDREW J. PECK

IT IS HEREBY STIPULATED AND AGREED that Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY, 10036, be and hereby is substituted as counsel of record for defendants Bioenvision, Inc., Christopher B. Wood, and James S. Scibetta in this action, in the place of Goodwin Procter LLP, Exchange Place, 53 State Street, Boston, MA 02109.

Dated: New York, New York
       November 29, 2007

10805693_3.DOC

7-DEC-2007 19:21   FROM:WOOD           01753648390        TO:0016179517050        P.2

11/30/2007 03:43   6174911306          JAMES S SCIBETTA         PAGE 03

ROPES & GRAY LLP                    GOODWIN PROCTER LLP

By: _____        By: _____Alexis Shapiro_____
Lee S. Gayer                           Brian E. Pastuszenski
1211 Avenue of the Americas            Alexis L. Shapiro
New York, New York 10036-8704          Glenn S. Kerner
Telephone: (212) 596-9000              Exchange Place, 53 State Street
       -and-                           Boston, MA 02109
John D. Donovan, Jr.                   Telephone: (617) 570-1000
Christopher G. Green                   Retiring Attorneys for Defendants
Daniel J. Maher, Jr.
Lila A. Palmer
One International Place
Boston, MA 02210-2624
Telephone: (617) 951-7000
Substituted Attorneys for Defendants


BIOENVISION, INC.

By: _____
Christopher B. Wood

_____
James S. Scibetta


SO ORDERED:

_____        12/17/07
United States District Judge    Date
HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

10805693_3.DOC

BY FAX

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BERT VLADIMIR, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

BIOENVISION, INC., CHRISTOPHER B. WOOD, JOSEPH P. COOPER, STEVEN A. ELMS, MICHAEL G. KAUFFMAN, ANDREW SCHIFF, JAMES S. SCIBETTA, and PERSEUS-SOROS BIOPHARMACEUTICAL FUND, LP,

Defendants.

Case No. 07-CV-6416

**DECLARATION PURSUANT TO LOCAL RULE 1.4**

---

I, Lee S. Gayer, hereby declare under penalty of perjury as follows:

1. I am counsel with the law firm of Ropes & Gray LLP, and am duly admitted to practice before the courts of the State of New York, and before this Court. I am fully familiar with the facts recited herein.

2. I submit this Declaration pursuant to Local Rule 1.4 in support of the request that Ropes & Gray LLP be substituted as counsel of record in this action for defendants Bioenvision, Inc. ("Bioenvision"), Christopher B. Wood ("Wood"), and James S. Scibetta ("Scibetta") in place of Goodwin Procter LLP.

3. In light of a recent merger, Bioenvision seeks to replace its former counsel at Goodwin Procter LLP with its new parent company's counsel, Ropes & Gray LLP. Wood and Scibetta are directors of Bioenvision, and Ropes & Gray LLP will be representing them, as well as the other named individual defendants (Joseph P. Cooper, Steven A. Elms, Michael G. Kauffman and Andrew Schiff), in their respective roles as directors of Bioenvision.

10830594_1.DOC

4.     This case currently is in its preliminary stages. Lead Plaintiffs Bert Vladimir and Gary Thesling filed an amended class action complaint on November 26, 2007. Defendants are prepared to proceed promptly pursuant a proposed stipulated schedule, which we anticipate will be submitted to the Court shortly for its approval.

WHEREFORE, I respectfully request that the Court grant the request that Ropes & Gray LLP be substituted as attorneys of record in this action for defendants Bioenvision, Inc., Christopher B. Wood, and James S. Scibetta in place of Goodwin Procter LLP.

Executed on December 7, 2007.

Lee S. Gayer

10830594_1.DOC

2