AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

BERT VLADIMIR, individually and
on behalf of all others similarly situated,
    Plaintiffs,
  v.
BIOENVISION, INC., CHRISTOPHER B. WOOD,
JOSEPH P. COOPER, STEVEN A. ELMS, MICHAEL G.
KAUFFMAN, ANDREW SCHIFF, JAMES S. SCIBETTA,
and PERSEUS-SOROS BIOPHARMACEUTICAL FUND, LP,
    Defendants.

**APPEARANCE**

Case Number: 07-cv-6416 (SHS)(AJP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Bioenvision, Inc., Christopher B. Wood, Joseph P. Cooper, Steven A. Elms, Michael G. Kauffman, Andrew Schiff, and James S. Scibetta.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/18/2007 | *signature* |
| Date | Signature |
| | Lee S. Gayer |
| | Print Name / Bar Number |

Ropes & Gray LLP, 1211 Avenue of the Americas
Address

| New York | NY | 10036 |
|---|---|---|
| City | State | Zip Code |

| (212) 596-9000 | (212) 596-9050 |
|---|---|
| Phone Number | Fax Number |