## CERTIFICATE OF SERVICE

I, Lee Squitieri, hereby certify that on December 19, 2007, pursuant to the So Ordered Stipulation and Order of Magistrate Andrew Jay Peck dated December 10, 2007, I caused true and correct copies of the accompanying SUPPLEMENTAL SUMMONS AND AMENDED CLASS ACTION COMPLAINT to be served upon counsel listed below by depositing a true copy of the same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York or otherwise indicated:

> Lee S. Gayer, Esq.
> Ropes & Gray LLP
> 1211 Avenue of the Americas
> New York, New York 10036-8704
>
> Christopher G. Green, Esq.
> Amy D. Roy, Esq.
> Ropes & Gray LLP
> One International Place
> Boston, Massachusetts 02210-2624
>
> Attorneys for Defendants Bioenvision, Inc.,
> Christopher B. Wood, Joseph P. Cooper,
> Steven A. Elms, Michael G. Kauffman,
> Andrew Schiff and James S. Scibetta
>
> Richard A. Rosen, Esq.
> Paul, Weiss, Rifkin, Wharton & Garrison LLP
> 1285 Avenue of the Americas
> New York, New York 10019
>
> Attorneys for Defendant Perseus-Soros Biopharmaceutical Fund, LP

_____
Lee Squitieri