UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BERT VLADIMIR, individually and on behalf of all others similarly situated,

                Plaintiffs,

v.

BIOENVISION, INC., CHRISTOPHER B. WOOD, JOSEPH P. COOPER, STEVEN A. ELMS, MICHAEL G. KAUFFMAN, ANDREW SCHIFF, JAMES S. SCIBETTA, and PERSEUS-SOROS BIOPHARMACEUTICAL FUND, LP,

                Defendants.

Case No. 07-CIV-6416 (SHS) (AJP)

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**

---

PLEASE TAKE NOTICE that, upon the annexed declaration of Lee S. Gayer, executed on December 20, 2007, defendant Bioenvision, Inc. ("Bioenvision") and defendants Christopher B. Wood, Joseph P. Cooper, Steven A. Elms, Michael G. Kauffman, Andrew Schiff and James S. Scibetta (the "Individual Defendants"), will move this Court, pursuant to Rule 1.3(c) of the Local Civil Rules, for an order that Christopher G. Green and Amy D. Roy, who are members of the bar of the Commonwealth of Massachusetts, and who are associates with the firm of Ropes & Gray LLP, be admitted *pro hac vice* for all purposes on behalf of Bioenvision and the Individual Defendants in this action.

Dated: New York, New York
       December 20, 2007

                              ROPES & GRAY LLP

                              By: _____
                                  Lee S. Gayer
                            1211 Avenue of the Americas
                            New York, NY 10036-8704
                            (212) 596-9000
                            lee.gayer@ropesgray.com

                            *Attorneys for Defendants Bioenvision, Inc., Christopher B. Wood, Joseph P. Cooper, Steven A. Elms, Michael G. Kauffman, Andrew Schiff and James S. Scibetta*

10840295_2.DOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERT VLADIMIR, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>      v.<br><br>BIOENVISION, INC., CHRISTOPHER B. WOOD, JOSEPH P. COOPER, STEVEN A. ELMS, MICHAEL G. KAUFFMAN, ANDREW SCHIFF, JAMES S. SCIBETTA, and PERSEUS-SOROS BIOPHARMACEUTICAL FUND, LP,<br><br>       Defendants. | Case No. 07-CIV-6416 (SHS) (AJP)<br><br>**DECLARATION OF LEE S. GAYER** |

  Lee S. Gayer declares, pursuant to 28 U.S.C. § 1746, as follows:

  1. I am a member in good standing of the bar of this Court, and am counsel with the firm of Ropes & Gray LLP. I make this declaration in support of the motion by defendant Bioenvision, Inc. ("Bioenvision") and defendants Christopher B. Wood, Joseph P. Cooper, Steven A. Elms, Michael G. Kauffman, Andrew Schiff and James S. Scibetta (the "Individual Defendants"), pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Christopher G. Green and Amy D. Roy be admitted *pro hac vice* for all purposes on behalf of Bioenvision and the Individual Defendants in this action.

  2. Christopher G. Green and Amy D. Roy are associates with the firm of Ropes & Gray LLP, and are fully familiar with this action.

  3. Christopher G. Green and Amy D. Roy are members in good standing of the bar of the Commonwealth of Massachusetts, as evidenced by the annexed certificates.

  4. I respectfully request that this motion be granted in all respects. A proposed order is enclosed herewith.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on December 20, 2007.

_____
Lee S. Gayer

I declare under penalty of law that I served the with Notice of motion for admission pro hac vice upon: Squitieri & Fearon LLP, 32 E 57th Street, New York, NY and Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas New York, NY. By depositing true copies thereof contained in properly addressed postage paid sealed envelopes, into an official depository maintained by the US Postal Service in New York
+ Paul dorm

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fourteenth** day of **December** A.D. **1999**, said Court being the highest Court of Record in said Commonwealth:

**Christopher G. Green**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **nineteenth** day of December in the year of our Lord **two thousand and seven.**

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirtieth** day of **November** A.D. **2007**, said Court being the highest Court of Record in said Commonwealth:

**Amy D. Roy**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **nineteenth** day of December in the year of our Lord **two thousand and seven.**



MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERT VLADIMIR, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>BIOENVISION, INC., CHRISTOPHER B. WOOD, JOSEPH P. COOPER, STEVEN A. ELMS, MICHAEL G. KAUFFMAN, ANDREW SCHIFF, JAMES S. SCIBETTA, and PERSEUS-SOROS BIOPHARMACEUTICAL FUND, LP,<br><br>　　　　　　　　　　Defendants. | Case No. 07-CIV-6416 (SHS) (AJP)<br><br>**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

Upon the motion of defendant Bioenvision, Inc. ("Bioenvision") and defendants Christopher B. Wood, Joseph P. Cooper, Steven A. Elms, Michael G. Kauffman, Andrew Schiff and James S. Scibetta (the "Individual Defendants"), pursuant to Rule 1.3(c) of the Local Civil Rules, for an order admitting Christopher G. Green and Amy D. Roy *pro hac vice* for all purposes on behalf of Bioenvision and the Individual Defendants in this action, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED in all respects.

Dated: New York, New York
　　　　December 20, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Andrew S. Peck
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

10840348_2.DOC