```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERT VLADIMIR, individually and on behalf of all others similarly situated,

                Plaintiffs,

v.

BIOENVISION, INC., CHRISTOPHER B. WOOD, JOSEPH P. COOPER, STEVEN A. ELMS, MICHAEL G. KAUFFMAN, ANDREW SCHIFF, JAMES S. SCIBETTA, and PERSEUS-SOROS BIOPHARMACEUTICAL FUND, LP,

                Defendants.

Case No. 07-CIV-6416 (SHS) (AJP)

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

Upon the motion of defendant Bioenvision, Inc. ("Bioenvision") and defendants Christopher B. Wood, Joseph P. Cooper, Steven A. Elms, Michael G. Kauffman, Andrew Schiff and James S. Scibetta (the "Individual Defendants"), pursuant to Rule 1.3(c) of the Local Civil Rules, for an order admitting Christopher G. Green and Amy D. Roy *pro hac vice* for all purposes on behalf of Bioenvision and the Individual Defendants in this action, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED in all respects.

Dated: New York, New York
~~December 20, 2007~~ 1/15/08

                              _____
                              Hon. ~~Andrew S. Peck~~ Sidney H. Stein
                              United States ~~Magistrate~~ Judge

10840348_2.DOC