UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERT VLADIMIR, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>BIOENVISION, INC., CHRISTOPHER B. WOOD, JOSEPH P. COOPER, STEVEN A. ELMS, MICHAEL G. KAUFFMAN, ANDREW SCHIFF, JAMES S. SCIBETTA, and PERSEUS-SOROS BIOPHARMACEUTICAL FUND, LP,<br><br>      Defendants. | Case No. 07-CIV-6416 (SHS) (AJP)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case for defendant Bioenvision, Inc. ("Bioenvision") and defendants Christopher B. Wood, Joseph P. Cooper, Steven A. Elms, Michael G. Kauffman, Andrew Schiff and James S. Scibetta (the "Individual Defendants"). I certify that I have been admitted pro hac vice for all purposes on behalf of said defendants in this action by order dated January 15, 2008.

Dated: Boston, Massachusetts
    January 18, 2008

                   Respectfully submitted,

                    /s/ Amy D. Roy
                   Amy D. Roy
                   Ropes & Gray LLP
                   One International Place
                   Boston, MA 02110-2624
                   Telephone: (617) 951-7000
                   Email: amy.roy@ropesgray.com

                   *Attorney for Defendants Bioenvision, Inc.,*
                   *Christopher B. Wood, Joseph P. Cooper,*
                   *Steven A. Elms, Michael G. Kauffman,*
                   *Andrew Schiff and James S. Scibetta*