UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERT VLADIMIR, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>              v.<br><br>BIOENVISION, INC., CHRISTOPHER B. WOOD, JOSEPH P. COOPER, STEVEN A. ELMS, MICHAEL G. KAUFFMAN, ANDREW SCHIFF, JAMES S. SCIBETTA, and PERSEUS-SOROS BIOPHARMACEUTICAL FUND, LP,<br><br>                      Defendants. | Case No. 07-CIV-6416 (SHS) (AJP)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for defendant Bioenvision, Inc. ("Bioenvision") and defendants Christopher B. Wood, Joseph P. Cooper, Steven A. Elms, Michael G. Kauffman, Andrew Schiff and James S. Scibetta (the "Individual Defendants"). I certify that I have been admitted pro hac vice for all purposes on behalf of said defendants in this action by order dated January 15, 2008.

Dated:  Boston, Massachusetts
         January 18, 2008

                                                            Respectfully submitted,

                                                             /s/ Christopher G. Green   
                                                          Christopher G. Green
                                                          Ropes & Gray LLP
                                                          One International Place
                                                          Boston, MA 02110-2624
                                                          Telephone: (617) 951-7000
                                                          Email: christopher.green@ropesgray.com

                                                          *Attorney for Defendants Bioenvision, Inc.,*
                                                          *Christopher B. Wood, Joseph P. Cooper,*
                                                          *Steven A. Elms, Michael G. Kauffman,*
                                                          *Andrew Schiff and James S. Scibetta*