UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERT VLADIMIR, Individually and On Behalf Of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIOENVISION, INC., CHRISTOPHER B. WOOD, JOSEPH P. COOPER, STEVEN A. ELMS, MICHAEL G. KAUFFMAN, ANDREW SCHIFF, JAMES S. SCIBETTA, and PERSEUS-SOROS BIOPHARMACEUTICAL FUND, LP,<br><br>Defendants. | 07 Civ. 6416 (SHS)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and upon all pleadings and proceedings heretofore had herein, defendants Bioenvision, Inc., Christopher B. Wood, Joseph P. Cooper, Steven A. Elms, Michael G. Kauffman, Andrew Schiff and James S. Scibetta will move this Court, before the Hon. Sidney H. Stein, in Courtroom 23A of the United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order: (i) dismissing the Amended Complaint, pursuant to Fed.R.Civ.P. 9(b) and 12(b)(6), with prejudice; and (ii) granting defendants such other relief in its favor as the Court deems proper.

Dated: Boston, Massachusetts
January 30, 2008

10894366_1.DOC

ROPES & GRAY LLP

By:   /s/ John D. Donovan, Jr.
John D. Donovan, Jr.
Christopher G. Green
Amy D. Roy
One International Place
Boston, MA 02210-2624
john.donovan@ropesgray.com
Telephone: (617) 951-7000
Facsimile: (617) 235-0023

Lee S. Gayer
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone (212) 596-9000

*Attorneys for Defendants Bioenvision, Inc., Christopher B. Wood, Joseph P. Cooper, Steven A. Elms, Michael G. Kauffman, Andrew Schiff, and James S. Scibetta*