UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERT VLADIMIR, Individually and On Behalf of All Others Similarly Situated,<br><br>                                     Plaintiff,<br><br>v.<br><br>BIOENVISION INC., CHRISTOPHER B. WOOD, JOSEPH P. COOPER, STEVEN A. ELMS, MICHAEL G. KAUFFMAN, ANDREW SCHIFF, JAMES S. SCIBETTA, and PERSEUS-SOROS BIOPHARMACEUTICAL FUND, LP,<br>                                     Defendants. | Index No. 07-CIV-6416<br><br>Judge Sidney H. Stein<br><br>**NOTICE OF MOTION TO DISMISS** |

        PLEASE TAKE NOTICE THAT, upon the Declaration of Richard A. Rosen, dated January 30, 2008, the exhibits annexed thereto, and the accompanying memorandum of law, defendant Perseus-Soros Biopharmaceutical Fund, LP, by its attorneys Paul, Weiss, Rifkind, Wharton & Garrison LLP, will move this Court on January 30, 2008, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the complaint with prejudice for failure to state a claim upon which relief can be granted and granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       January 30, 2008

                                           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                           By:   /s/ Richard A. Rosen
                                                Richard A. Rosen

                                           1285 Avenue of the Americas
                                           New York, NY 10019
                                           (212) 373-3000
                                           rrosen@paulweiss.com

                                           *Counsel for Defendant Perseus-Soros Biopharmaceutical Fund, LP*

To:    SQUITIERI & FEARON, LLP
         32 East 57th Street
         12th Floor
         New York, New York 10022
         (212) 421-6492

         Lead Counsel for Plaintiffs


         ROPES & GRAY LLP
         1211 Avenue of the Americas
         New York, New York 10036
         (212) 596-9000

             -and-

         ROPES & GRAY LLP
         One International Place
         Boston, Massachusetts 02210
         (617) 951-7000

         Counsel for Defendants Bioenvision, Inc., Christopher B. Wood, Joseph P. Cooper, Steven A. Elms, Michael G. Kauffman, Andrew Schiff, and James S. Scibetta