UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERT VLADIMIR, Individually and On Behalf of All Others Similarly Situated,<br><br>                                                  Plaintiff,<br><br>v.<br><br>BIOENVISION INC., CHRISTOPHER B. WOOD, JOSEPH P. COOPER, STEVEN A. ELMS, MICHAEL G. KAUFFMAN, ANDREW SCHIFF, JAMES S. SCIBETTA, and PERSEUS-SOROS BIOPHARMACEUTICAL FUND, LP,<br><br>                                                  Defendants. | Index No. 07-CIV-6416<br><br>Judge Sidney H. Stein<br><br>**DECLARATION OF RICHARD A. ROSEN** |

RICHARD A. ROSEN declares pursuant to 28 U.S.C. § 1746:

1.     I am a member of the firm Paul, Weiss, Rifkind, Wharton & Garrison, LLP, counsel to Perseus-Soros Biopharmaceutical Fund, LP ("Perseus-Soros") in the above-captioned matter.  I respectfully submit this declaration in support of Perseus-Soros's Motion to Dismiss the Amended Complaint (the "Motion to Dismiss") and specifically to place before the Court Perseus-Soros's Schedule 13D filings with the Securities and Exchange Commission ("SEC").

2.     Annexed as Exhibit A is a true and correct copy of a Schedule 13D filed by Perseus-Soros with the SEC on May 20, 2002.

3.     Annexed as Exhibit B is a true and correct copy of a Schedule 13D filed by Perseus-Soros with the SEC on December 23, 2004.

4.     Annexed as Exhibit C is a true and correct copy of a Schedule 13D filed by Perseus-Soros with the SEC on May 30, 2007.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2008.

                                                                             /s/ Richard A. Rosen
                                                                               Richard A. Rosen