# EXHIBIT B

# BIOENVISION INC

345 PARK AVENUE
41ST FLOOR
NEW YORK, NY 10154
212-750-6700

## SC 13D/A

**AMENDMENT NO. 4**
**Filed on 12/23/2004**
File Number 005-78274



LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

SCHEDULE 13D

Under the Securities Exchange Act of 1934
(AMENDMENT NO. 4)

BIOENVISION, INC.
(Name of Issuer)

COMMON STOCK, PAR VALUE $0.001 PER SHARE
(Title of Class of Securities)

09059N100
(CUSIP Number)

ADELE KITTREDGE MURRAY, ESQ.
PERSEUS-SOROS BIOPHARMACEUTICAL FUND, LP
888 SEVENTH AVENUE, 29TH FLOOR
NEW YORK, NY 10106
TEL. NO.: (212) 651-6400
(Name, Address and Telephone Number of
Person Authorized to Receive Notices
and Communications)

with a copy to

JOHN C. KENNEDY, ESQ.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

DECEMBER 21, 2004
(Date of Event which Requires Filing of
this Statement)

If the filing person has previously filed a statement on Schedule 13G to report
the acquisition which is the subject to this Schedule 13D, and is filing this
schedule because of Rule 13d-1(b)(3) or (4), check the following box [ ].

*The remainder of this cover page shall be filled out for a reporting person's
initial filing on this form with respect to the subject class of securities, and
for any subsequent amendment containing information which would alter
disclosures provided in a prior cover page.

The information required on the remainder of this cover page shall not be deemed
to be "filed" for the purposes of Section 18 of the Securities Exchange Act of
1934 ("Act") or otherwise subject to the liabilities of that section of the Act
but shall be subject to all other provisions of the Act (however, see the
Notes).

Continued on following pages

Page 1 of 18 pages

```
----------------------
CUSIP NO. 09059N100              SCHEDULE 13D              Page  2 of  18 Pages
----------------------                                     ----------------------
```

| 1 | NAME OF REPORTING PERSON |
|---|---|
|   | Perseus-Soros BioPharmaceutical Fund, LP |

| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP |
|---|---|
|   | (a)    [ ] |
|   | (b)    [X] |

| 3 | SEC USE ONLY |
|---|---|

| 4 | SOURCE OF FUNDS |
|---|---|
|   | Not Applicable |

| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(D) OR 2(E) |
|---|---|
|   | [ ] |

| 6 | CITIZENSHIP OR PLACE OR ORGANIZATION |
|---|---|
|   | Delaware |

|  | NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 7 | SOLE VOTING POWER 7,950,053 (1) |
|---|---|---|---|
|  |  | 8 | SHARED VOTING POWER 0 |
|  |  | 9 | SOLE DISPOSITIVE POWER 7,950,053 (1) |
|  |  | 10 | SHARED DISPOSITIVE POWER 0 |

| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON |
|---|---|
|   | 7,950,053 (1) |

| 12 | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES |
|---|---|
|   | [ ] |

| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11) |
|---|---|
|   | 20.0% |

| 14 | TYPE OF REPORTING PERSON |
|---|---|
|   | PN |

(1) Assumes (i) full conversion of 2,250,000 shares of Series A Preferred Stock which are convertible into 4,500,000 shares of Common Stock; (ii) exercise of a Warrant to purchase an aggregate of 3,000,000 shares of Common Stock; and (iii) exercise of a Warrant to purchase 75,009 shares of Common Stock.

```
--------------------
CUSIP NO. 09059N100          SCHEDULE 13D            --------------------
--------------------                                 Page  3 of  18 Pages
                                                     --------------------
```

1    NAME OF REPORTING PERSON

     Perseus-Soros Partners, LLC
---
2    CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP

     (a)    [ ]

     (b)    [X]
---
3    SEC USE ONLY

---
4    SOURCE OF FUNDS

     Not Applicable
---
5    CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO
     ITEMS 2(D) OR 2(E)

            [ ]
---
6    CITIZENSHIP OR PLACE OR ORGANIZATION
     Delaware

|                          | 7  | SOLE VOTING POWER<br>7,950,053 (1)(2) |
|--------------------------|----|---------------------------------------|
| NUMBER OF SHARES         |    |                                       |
| BENEFICIALLY OWNED BY    | 8  | SHARED VOTING POWER<br>0              |
| EACH REPORTING PERSON    | 9  | SOLE DISPOSITIVE POWER<br>7,950,053 (1)(2) |
| WITH                     | 10 | SHARED DISPOSITIVE POWER<br>0         |

---
11   AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON

     7,950,053 (1)(2)
---
12   CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES
            [ ]
---
13   PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)

     20.0%
---
14   TYPE OF REPORTING PERSON

        OO
---

(1) Consists of 7,950,053 shares of Common Stock beneficially owned by
Perseus-Soros Partners, LLC ("Perseus-Soros Partners") solely in its capacity as
sole general partner of Perseus-Soros.

(2) Assumes (i) full conversion of 2,250,000 shares of Series A Preferred Stock
which are convertible into 4,500,000 shares of Common Stock; (ii) exercise of a
Warrant to purchase an aggregate of 3,000,000 shares of Common Stock; and (iii)
exercise of a Warrant to purchase 75,009 shares of Common Stock.

```
--------------------                                        --------------------
CUSIP NO. 09059N100              SCHEDULE 13D                Page 4 of 18 Pages
--------------------                                        --------------------
```

| 1 | NAME OF REPORTING PERSON |
|---|---|
| | Perseus BioTech Fund Partners, LLC |

| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP |
|---|---|
| | (a)    [ ] |
| | (b)    [X] |

| 3 | SEC USE ONLY |
|---|---|

| 4 | SOURCE OF FUNDS |
|---|---|
| | Not Applicable |

| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(D) OR 2(E) |
|---|---|
| | [ ] |

| 6 | CITIZENSHIP OR PLACE OR ORGANIZATION |
|---|---|
| | Delaware |

|  |  | 7 | SOLE VOTING POWER |
|---|---|---|---|
| NUMBER OF | | | 0 |
| SHARES | | 8 | SHARED VOTING POWER |
| BENEFICIALLY | | | 7,950,053 (1)(2) |
| OWNED BY | | 9 | SOLE DISPOSITIVE POWER |
| EACH | | | 0 |
| REPORTING | | 10 | SHARED DISPOSITIVE POWER |
| PERSON | | | 7,950,053 (1)(2) |
| WITH | | | |

| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON |
|---|---|
| | 7,950,053 (1)(2) |

| 12 | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES |
|---|---|
| | [ ] |

| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11) |
|---|---|
| | 20.0% |

| 14 | TYPE OF REPORTING PERSON |
|---|---|
| | OO |

(1) Consists of 7,950,053 shares of Common Stock beneficially owned by Perseus BioTech Fund Partners, LLC ("Perseus Partners") solely in its capacity as a managing member of Perseus-Soros Partners, which is the sole general partner of Perseus-Soros.

(2) Assumes (i) full conversion of 2,250,000 shares of Series A Preferred Stock which are convertible into 4,500,000 shares of Common Stock; (ii) exercise of a Warrant to purchase an aggregate of 3,000,000 shares of Common Stock; and (iii) exercise of a Warrant to purchase 75,009 shares of Common Stock.

```
---------------------                                    ---------------------
CUSIP NO. 09059N100           SCHEDULE 13D               Page  5 of  18 Pages
---------------------                                    ---------------------
```

| 1 | NAME OF REPORTING PERSON |
|---|---|
| | SFM Participation, L.P. |

| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP |
|---|---|
| | (a)    [ ] |
| | (b)    [X] |

| 3 | SEC USE ONLY |
|---|---|

| 4 | SOURCE OF FUNDS |
|---|---|
| | Not Applicable |

| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(D) OR 2(E) |
|---|---|
| | [ ] |

| 6 | CITIZENSHIP OR PLACE OR ORGANIZATION |
|---|---|
| | Delaware |

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 7 | SOLE VOTING POWER |
|---|---|---|
| | | 0 |
| | 8 | SHARED VOTING POWER |
| | | 7,950,053 (1)(2) |
| | 9 | SOLE DISPOSITIVE POWER |
| | | 0 |
| | 10 | SHARED DISPOSITIVE POWER |
| | | 7,950,053 (1)(2) |

| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON |
|---|---|
| | 7,950,053 (1)(2) |

| 12 | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES |
|---|---|
| | [ ] |

| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11) |
|---|---|
| | 20.0% |

| 14 | TYPE OF REPORTING PERSON |
|---|---|
| | PN |

(1) Consists of 7,950,053 shares of Common Stock beneficially owned by SFM Participation, L.P. ("SFM Participation") solely in its capacity as a managing member of Perseus-Soros Partners, which is the sole general partner of Perseus-Soros.

(2) Assumes (i) full conversion of 2,250,000 shares of Series A Preferred Stock which are convertible into 4,500,000 shares of Common Stock; (ii) exercise of a Warrant to purchase an aggregate of 3,000,000 shares of Common Stock; and (iii) exercise of a Warrant to purchase 75,009 shares of Common Stock.

```
---------------------
CUSIP NO. 09059N100              SCHEDULE 13D              ----------------------
---------------------                                      Page  6 of  18 Pages
                                                           ----------------------
```

| 1 | NAME OF REPORTING PERSON |
|---|---|
| | SFM AH LLC |

| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP |
|---|---|
| | (a)    [ ] |
| | (b)    [X] |

| 3 | SEC USE ONLY |
|---|---|

| 4 | SOURCE OF FUNDS |
|---|---|
| | Not Applicable |

| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(D) OR 2(E) |
|---|---|
| | [ ] |

| 6 | CITIZENSHIP OR PLACE OR ORGANIZATION |
|---|---|
| | Delaware |

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 7 | SOLE VOTING POWER 0 |
|---|---|---|
| | 8 | SHARED VOTING POWER 7,950,053 (1)(2) |
| | 9 | SOLE DISPOSITIVE POWER 0 |
| | 10 | SHARED DISPOSITIVE POWER 7,950,053 (1)(2) |

| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON |
|---|---|
| | 7,950,053 (1)(2) |

| 12 | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES |
|---|---|
| | [ ] |

| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11) |
|---|---|
| | 20.0% |

| 14 | TYPE OF REPORTING PERSON |
|---|---|
| | OO |

(1) Consists of 7,950,053 shares of Common Stock beneficially owned by SFM AH LLC ("SFM AH") solely in its capacity as the general partner of SFM Participation, which is a managing member Perseus-Soros Partners, which is the sole general partner of Perseus-Soros.

(2) Assumes (i) full conversion of 2,250,000 shares of Series A Preferred Stock which are convertible into 4,500,000 shares of Common Stock; (ii) exercise of a Warrant to purchase an aggregate of 3,000,000 shares of Common Stock; and (iii) exercise of a Warrant to purchase 75,009 shares of Common Stock.

```
-----------------------
CUSIP NO. 09059N100              SCHEDULE 13D              Page 7 of 18 Pages
-----------------------                                    -----------------------
```

| 1 | NAME OF REPORTING PERSON | | |
|---|---|---|---|
| | Perseuspur, LLC | | |

| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP | | |
|---|---|---|---|
| | (a)    [ ] | | |
| | (b)    [X] | | |

| 3 | SEC USE ONLY |
|---|---|

| 4 | SOURCE OF FUNDS |
|---|---|
| | Not Applicable |

| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(D) OR 2(E) |
|---|---|
| | [ ] |

| 6 | CITIZENSHIP OR PLACE OR ORGANIZATION |
|---|---|
| | Delaware |

|  | | 7 | SOLE VOTING POWER |
|---|---|---|---|
| | | | 0 |
| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | | 8 | SHARED VOTING POWER |
| | | | 7,950,053 (1)(2) |
| | | 9 | SOLE DISPOSITIVE POWER |
| | | | 0 |
| | | 10 | SHARED DISPOSITIVE POWER |
| | | | 7,950,053 (1)(2) |

| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON |
|---|---|
| | 7,950,053 (1)(2) |

| 12 | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES |
|---|---|
| | [ ] |

| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11) |
|---|---|
| | 20.0% |

| 14 | TYPE OF REPORTING PERSON |
|---|---|
| | OO |

(1) Consists of 7,950,053 shares of Common Stock beneficially owned by Perseuspur, LLC ("Perseuspur"), solely in its capacity as the managing member of Perseus Partners, which is a managing member of Perseus-Soros Partners, which is the sole general partner of Perseus-Soros.

(2) Assumes (i) full conversion of 2,250,000 shares of Series A Preferred Stock which are convertible into 4,500,000 shares of Common Stock; (ii) exercise of a Warrant to purchase an aggregate of 3,000,000 shares of Common Stock; and (iii) exercise of a Warrant to purchase 75,009 shares of Common Stock.

```
-----------------------                                        -----------------------
CUSIP NO. 09059N100              SCHEDULE 13D                   Page  8 of  18 Pages
-----------------------                                        -----------------------
```

| 1 | NAME OF REPORTING PERSON |
|---|---|
| | Frank H. Pearl (in the capacity described herein) |

| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP |
|---|---|
| | (a)   [ ] |
| | (b)   [X] |

| 3 | SEC USE ONLY |
|---|---|

| 4 | SOURCE OF FUNDS |
|---|---|
| | Not Applicable |

| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(D) OR 2(E) |
|---|---|
| | [ ] |

| 6 | CITIZENSHIP OR PLACE OR ORGANIZATION United States |
|---|---|

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 7 | SOLE VOTING POWER 0 |
|---|---|---|
| | 8 | SHARED VOTING POWER 7,950,053 (1)(2) |
| | 9 | SOLE DISPOSITIVE POWER 0 |
| | 10 | SHARED DISPOSITIVE POWER 7,950,053 (1)(2) |

| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON |
|---|---|
| | 7,950,053 (1)(2) |

| 12 | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES |
|---|---|
| | [ ] |

| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11) |
|---|---|
| | 20.0% |

| 14 | TYPE OF REPORTING PERSON IN |
|---|---|

(1) Consists of 7,950,053 shares of Common Stock beneficially owned by Mr. Pearl, solely in his capacity as the sole member of Perseuspur, which is the managing member of Perseus Partners, which is a managing member of Perseus-Soros Partners, which is the sole general partner of Perseus-Soros.

(2) Assumes (i) full conversion of 2,250,000 shares of Series A Preferred Stock which are convertible into 4,500,000 shares of Common Stock; (ii) exercise of a Warrant to purchase an aggregate of 3,000,000 shares of Common Stock; and (iii) exercise of a Warrant to purchase 75,009 shares of Common Stock.

```
--------------------
CUSIP NO. 09059N100              SCHEDULE 13D              --------------------
--------------------                                       Page  9 of  18 Pages
                                                           --------------------
```

| 1 | NAME OF REPORTING PERSON |
|---|---|
| | Soros Fund Management LLC |

| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP |
|---|---|
| | (a)   [ ] |
| | (b)   [X] |

| 3 | SEC USE ONLY |
|---|---|

| 4 | SOURCE OF FUNDS |
|---|---|
| | Not Applicable |

| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(D) OR 2(E) |
|---|---|
| | [ ] |

| 6 | CITIZENSHIP OR PLACE OR ORGANIZATION<br>Delaware |
|---|---|

| | | 7 | SOLE VOTING POWER<br>0 |
|---|---|---|---|
| NUMBER OF<br>SHARES<br>BENEFICIALLY<br>OWNED BY<br>EACH<br>REPORTING<br>PERSON<br>WITH | | 8 | SHARED VOTING POWER<br>7,950,053 (1)(2) |
| | | 9 | SOLE DISPOSITIVE POWER<br>0 |
| | | 10 | SHARED DISPOSITIVE POWER<br>7,950,053 (1)(2) |

| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON |
|---|---|
| | 7,950,053 (1)(2) |

| 12 | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES |
|---|---|
| | [ ] |

| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br>20.0% |
|---|---|

| 14 | TYPE OF REPORTING PERSON<br>OO; IA |
|---|---|

(1) Consists of 7,950,053 shares of Common Stock beneficially owned by Soros Fund Management LLC ("SFM LLC"), solely in its capacity as the sole managing member of SFM AH, which is the general partner of SFM Participation, which is a managing member of Perseus-Soros Partners, which is the sole general partner of Perseus-Soros.

(2) Assumes (i) full conversion of 2,250,000 shares of Series A Preferred Stock which are convertible into 4,500,000 shares of Common Stock; (ii) exercise of a Warrant to purchase an aggregate of 3,000,000 shares of Common Stock; and (iii) exercise of a Warrant to purchase 75,009 shares of Common Stock.

```
------------------------
CUSIP NO. 09059N100            SCHEDULE 13D           ------------------------
------------------------                               Page 10 of  18 Pages
                                                      ------------------------
```

| 1 | NAME OF REPORTING PERSON |
|---|---|
| | George Soros (in the capacity described herein) |

| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP |
|---|---|
| | (a)    [ ] |
| | (b)    [X] |

| 3 | SEC USE ONLY |
|---|---|

| 4 | SOURCE OF FUNDS |
|---|---|
| | Not Applicable |

| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(D) OR 2(E)  [ ] |
|---|---|

| 6 | CITIZENSHIP OR PLACE OR ORGANIZATION United States |
|---|---|

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 7 | SOLE VOTING POWER 0 |
|---|---|---|
| | 8 | SHARED VOTING POWER 7,950,053 (1)(2) |
| | 9 | SOLE DISPOSITIVE POWER 0 |
| | 10 | SHARED DISPOSITIVE POWER 7,950,053 (1)(2) |

| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON |
|---|---|
| | 7,950,053 (1)(2) |

| 12 | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES  [ ] |
|---|---|

| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11) |
|---|---|
| | 20.0% |

| 14 | TYPE OF REPORTING PERSON |
|---|---|
| | IA |

(1) Consists of 7,950,053 shares of Common Stock beneficially owned by Mr. George Soros ("Mr. Soros"), solely in his capacity as Chairman of SFM LLC, which is the sole managing member of SFM AH, which is the general partner of SFM Participation, which is a managing member Perseus-Soros Partners, which is the sole general partner of Perseus-Soros.

(2) Assumes (i) full conversion of 2,250,000 shares of Series A Preferred Stock which are convertible into 4,500,000 shares of Common Stock; (ii) exercise of a Warrant to purchase an aggregate of 3,000,000 shares of Common Stock; and (iii) exercise of a Warrant to purchase 75,009 shares of Common Stock.

```
---------------------
CUSIP NO. 09059N100                SCHEDULE 13D
---------------------
```

Item 1.  SECURITY AND ISSUER.

　　　　　　This Amendment No. 4 to Schedule 13D relates to the common stock, par value $0.001 per share (the "Common Stock") of Bioenvision, Inc., a Delaware corporation (the "Company"). This Amendment No. 4 supplementally amends the initial statement on Schedule 13D, filed with the Securities and Exchange Commission on May 20, 2002, as amended by Amendment No. 1, filed on January 8, 2003, Amendment No. 2 filed on May 17, 2004 and Amendment No. 3 filed on December 17, 2004 (collectively, the "Initial Statement"), filed by the Reporting Persons (as defined herein), and is being filed pursuant to Rule 13d-1 under the Securities Exchange Act of 1934, as amended (the "Exchange Act"). The address of the principal executive offices of the Company are located at 345 Park Avenue, 41st Floor, New York, New York 10154. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Initial Statement. The Initial Statement is supplementally amended as follows.

Item 2.  IDENTITY AND BACKGROUND.

　　　　　　　　(a) No material change.

　　　　　　　　(b) No material change.

　　　　　　　　(c) No material change.

　　　　　　　　(d) No material change.

　　　　　　　　(e) No material change.

　　　　　　　　(f) No material change.

Item 3.  SOURCE AND AMOUNT OF FUNDS OR OTHER CONSIDERATION.

　　　　　　　　No material change.

Item 4.  PURPOSE OF TRANSACTION.

　　　　　　　　No material change.

Item 5.  INTEREST IN SECURITIES OF THE ISSUER.

　　　　　　Item 5 is hereby amended and restated in its entirety as follows:

　　　　　　Based upon information provided to the Reporting Persons by representatives of the Company on December 21, 2004, there were 32,249,229 shares of Common Stock outstanding.

　　　　　　(a) Pursuant to Rule 13d-3 of the Exchange Act, each of the Reporting Persons may be deemed the beneficial owner of 7,950,053 shares of Common Stock, which constitutes approximately

20.0% of the total number of shares of Common Stock outstanding. The 7,950,053 shares of Common Stock of which Perseus-Soros may be deemed the beneficial owner consists of the following: A) 375,044 shares of Common Stock held for the account of Perseus-Soros, B) 4,500,000 shares of Common Stock issuable upon the conversion of 2,250,000 shares of the Company's Series A Preferred Stock held for the account of Perseus-Soros, C) 3,000,000 shares of Common Stock issuable upon the exercise of a warrant held for the account of Perseus-Soros, and D) 75,009 shares of Common Stock issuable upon the exercise of the May Warrants held for the account of Perseus-Soros.

(b) (i) By virtue of the relationships between and among the Reporting Persons described in Item 2 of this Statement on Schedule 13D, each of Perseus-Soros and Perseus-Soros Partners may be deemed to have the sole power to direct the voting and disposition of the 7,950,053 shares of Common Stock beneficially owned by Perseus-Soros assuming the exercise and conversion of all of the securities held for the account of Perseus-Soros.

(ii) By virtue of the relationships between and among the Reporting Persons described in Item 2 of this Statement on Schedule 13D, each of Perseus Partners, SFM Participation, SFM AH, Perseuspur, Mr. Pearl, SFM LLC and Mr. Soros may be deemed to have shared power to direct the voting and disposition of the 7,950,053 shares of Common Stock beneficially owned by Perseus-Soros assuming the exercise and conversion of all of the securities held for the account of Perseus-Soros.

(c) (i) Since the filing of Amendment No. 3 to this Schedule 13D on December 17, 2004, Perseus-Soros Partners(1) has sold shares of Common Stock in open market transactions on NASDAQ as follows:

| DATE | NO. OF SHARES SOLD | AVERAGE PRICE PER SHARE |
|---|---|---|
| December 17, 2004 | 8,713 | $8.6849 |
| December 20, 2004 | 10,804 | $8.5858 |
| December 21, 2004 | 41,823 | $8.4290 |
| December 22, 2004 | 15,342 | $8.5461 |

(1) Each of Perseus Partners, SFM Participation, SFM AH, Perseuspur, Mr. Pearl, SFM LLC and Mr. Soros also report beneficial ownership of the shares of Common Stock held by Perseus-Soros Partners.

```
---------------------
CUSIP NO. 09059N100              SCHEDULE 13D              Page 13 of  18 Pages
---------------------                                      ---------------------
```

(c) (ii) Since the filing of Amendment No. 3 to this Schedule 13D on December 17, 2004, Perseus BioTech Investment (2) has sold shares of Common Stock in open market transactions on NASDAQ as follows:

| DATE | NO. OF SHARES SOLD | AVERAGE PRICE PER SHARE |
|------|--------------------|-------------------------|
| December 17, 2004 | 7,668 | $8.6849 |
| December 20, 2004 | 9,509 | $8.5858 |
| December 21, 2004 | 36,810 | $8.4290 |
| December 22, 2004 | 13,505 | $8.5461 |

(2)    Each of Mr. Pearl and Perseuspur also report beneficial ownership of the shares of Common Stock held by Perseus BioTech Investment.

(c) (iii) Since the filing of Amendment No. 3 to this Schedule 13D on December 17, 2004, QIP(3) has sold shares of Common Stock in open market transactions on NASDAQ as follows:

| DATE | NO. OF SHARES SOLD | AVERAGE PRICE PER SHARE |
|------|--------------------|-------------------------|
| December 17, 2004 | 33,619 | $8.6849 |
| December 20, 2004 | 41,687 | $8.5858 |
| December 21, 2004 | 161,367 | $8.4290 |
| December 22, 2004 | 59,196 | $8.5461 |

(3)    Each of Mr. Soros and SFM LLC also report beneficial ownership of the shares of Common Stock held by QIP.

(d) The partners or shareholders of each of Perseus-Soros, Perseus-Soros Partners, Perseus BioTech Investment and QIP have the right to participate in the receipt of dividends from, or proceeds from the sales of, the shares of Common Stock held for the accounts of Perseus-Soros, Perseus-Soros Partners, Perseus BioTech Investment and QIP in accordance with their ownership interests in such entities.

(e) Not applicable.

Item 6.   CONTRACTS, ARRANGEMENTS, UNDERSTANDINGS OR RELATIONSHIPS WITH RESPECT TO SECURITIES OF THE ISSUER.

No material change.

```
---------------------                                    ----------------------
CUSIP NO. 09059N100              SCHEDULE 13D              Page 14 of  18 Pages
---------------------                                    ----------------------
```

Item 7.  MATERIAL TO BE FILED AS EXHIBITS.

        Exhibit 1:    Joint Filing Agreement, dated December 22, 2004, among (i) Perseus-Soros BioPharmaceutical Fund, LP, (ii) Perseus-Soros Partners, LLC, (iii) Perseus BioTech Fund Partners, LLC, (iv) SFM Participation, L.P., (v) SFM AH LLC, (vi) Frank H. Pearl, (vii) George Soros, (viii) Soros Fund Management LLC, and (ix) Perseuspur, LLC.

```
--------------------
CUSIP NO. 09059N100              SCHEDULE 13D              Page 15 of  18 Pages
--------------------                                        --------------------
```

SIGNATURE

        After reasonable inquiry and to the best of its knowledge and
belief, each of the undersigned certifies that the information set forth in this
statement is true, complete and correct.
Dated: December 22, 2004

                            PERSEUS-SOROS BIOPHARMACEUTICAL FUND, LP

                            By:     Perseus-Soros Partners, LLC,
                                    General Partner

                            By:     SFM Participation, L.P.,
                                    Managing Member

                            By:     SFM AH LLC
                                    General Partner

                            By:     Soros Fund Management LLC,
                                    Managing Member

                            By:     /s/ John F. Brown
                                    ---------------------------------------
                                    Name:  John F. Brown
                                    Title: Assistant General Counsel


                            PERSEUS-SOROS PARTNERS, LLC

                            By:     SFM Participation, L.P.
                                    Managing Member

                            By:     SFM AH LLC
                                    General Partner

                            By:     Soros Fund Management LLC,
                                    Managing Member

                            By:     /s/ John F. Brown
                                    ---------------------------------------
                                    Name:  John F. Brown
                                    Title: Assistant General Counsel


                            PERSEUS BIOTECH FUND PARTNERS, LLC

                            By:     Perseuspur, L.L.C.
                                    Managing Member

                            By:     /s/ Rodd Macklin
                                    ---------------------------------------
                                    Name:  Rodd Macklin
                                    Title: Secretary and Treasurer


                            PERSEUSPUR, L.L.C.

                            By:     /s/ Rodd Macklin
                                    ---------------------------------------
                                    Name:  Rodd Macklin
                                    Title:  Secretary and Treasurer

```
--------------------                                    --------------------
CUSIP NO. 09059N100              SCHEDULE 13D            Page 16 of 18 Pages
--------------------                                    --------------------
```

MR. FRANK H. PEARL

By:    /s/ Rodd Macklin
       ---------------------------------------
       Name:  Rodd Macklin
       Title: Attorney-in-Fact


SFM PARTICIPATION, L.P.

By:    SFM AH LLC
       General Partner

By:    Soros Fund Management LLC,
       Managing Member

By:    /s/ John F. Brown
       ---------------------------------------
       Name:  John F. Brown
       Title: Assistant General Counsel


SFM AH LLC

By:    Soros Fund Management LLC,
       Managing Member

By:    /s/ John F. Brown
       ---------------------------------------
       Name:  John F. Brown
       Title: Assistant General Counsel


MR. GEORGE SOROS

By:    /s/ John F. Brown
       ---------------------------------------
       Name:  John F. Brown
       Title: Attorney-in-Fact


SOROS FUND MANAGEMENT LLC

By:    /s/ John F. Brown
       ---------------------------------------
       Name:  John F. Brown
       Title: Assistant General Counsel

# BIOENVISION INC

345 PARK AVENUE
41ST FLOOR
NEW YORK, NY 10154
212–750–6700

# EX–99

**EXHIBIT 1**
**SC 13D/A Filed on 12/23/2004**
File Number 005–78274



**LIVEDGAR**® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

```
---------------------                                              ---------------------
CUSIP NO. 09059N100              SCHEDULE 13D                      Page 17 of 18 Pages
---------------------                                              ---------------------
```

EXHIBIT 1

JOINT FILING AGREEMENT

        Each of the undersigned hereby acknowledges and agrees, in compliance with the provisions of Rule 13d-1(k)(1) promulgated under the Securities Exchange Act of 1934, as amended, that the Schedule 13D to which this Agreement is attached as an Exhibit (the "Schedule 13D"), and any amendments thereto, will be filed with the Securities and Exchange Commission jointly on behalf of the undersigned. This Agreement may be executed in one or more counterparts.

Dated:  December 22, 2004

                    PERSEUS-SOROS BIOPHARMACEUTICAL FUND, LP

                    By:     Perseus-Soros Partners, LLC,
                            General Partner

                    By:     SFM Participation, L.P.,
                            Managing Member

                    By:     SFM AH LLC
                            General Partner

                    By:     Soros Fund Management LLC,
                            Managing Member

                    By:     /s/ John F. Brown
                            ----------------------------------
                            Name:  John F. Brown
                            Title: Assistant General Counsel

                    PERSEUS-SOROS PARTNERS, LLC

                    By:     SFM Participation, L.P.
                              Managing Member

                    By:     SFM AH LLC
                            General Partner

                    By:     Soros Fund Management LLC,
                            Managing Member

                    By:     /s/ John F. Brown
                            ----------------------------------
                            Name:  John F. Brown
                            Title: Assistant General Counsel

                    PERSEUS BIOTECH FUND PARTNERS, LLC

                    By:     Perseuspur, L.L.C.
                            Managing Member

                    By:     /s/ Rodd Macklin
                            ----------------------------------
                            Name:  Rodd Macklin
                            Title: Secretary and Treasurer

                    PERSEUSPUR, L.L.C.

                    By:     /s/ Rodd Macklin
                          ----------------------------------
                            Name:  Rodd Macklin
                            Title:  Secretary and Treasurer

```
--------------------                              --------------------
CUSIP NO. 09059N100              SCHEDULE 13D       Page 18 of  18 Pages
--------------------                              --------------------
```

MR. FRANK H. PEARL

By:    /s/ Rodd Macklin
       ------------------------------------
       Name:  Rodd Macklin
       Title: Attorney-in-Fact


SFM PARTICIPATION, L.P.

By:    SFM AH LLC
       General Partner

By:    Soros Fund Management LLC,
       Managing Member

By:    /s/ John F. Brown
       ------------------------------------
       Name:  John F. Brown
       Title: Assistant General Counsel


SFM AH LLC

By:    Soros Fund Management LLC,
       Managing Member

By:    /s/ John F. Brown
       ------------------------------------
       Name:  John F. Brown
       Title: Assistant General Counsel


MR. GEORGE SOROS

By:    /s/ John F. Brown
       ------------------------------------
       Name:  John F. Brown
       Title: Attorney-in-Fact


SOROS FUND MANAGEMENT LLC

By:    /s/ John F. Brown
       ------------------------------------
       Name:  John F. Brown
       Title: Assistant General Counsel