# SQUITIERI & FEARON, LLP
32 EAST 57TH STREET
12TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 421-6492
FAX: (212) 421-6553
www.sfclasslaw.com

MEMBERS OF THE FIRM
LEE SQUITIERI*
STEPHEN J. FEARON, JR.
*ADMITTED TO N.Y. & N.J. BARS

NEW JERSEY OFFICE
2600 KENNEDY BOULEVARD
SUITE 1K
JERSEY CITY, NEW JERSEY 07306
TEL: (201) 200-0900
FAX: (201) 200-9008

February 8, 2008



**VIA FEDERAL EXPRESS**

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   **Vladimir v. Bioenvision, Inc., et al.**
           **Docket No.: 07-civ-6416**

Dear Judge Stein:

    We are lead counsel for the plaintiffs in this matter. Presently, there are two motions to dismiss the Amended Supplemental Complaint pending before the court – one filed by defendant Perseus-Soros and the other filed by Bioenvision, Inc., Christopher B. Wood, Joseph P. Cooper, Steven A. Elms, Michael G. Kaufman, Andrew Schiff, and James S. Scibetta.

    We respectfully request permission to file one combined brief in opposition to both of defendants' motions and seek a page extension of up to 55 pages, from the 25 page limit per

*A brief of 40 pages may be filed.*

SO ORDERED 2/11/08

SIDNEY H. STEIN
U.S.D.J.

SQUITIERI & FEARON, LLP
Honorable Sidney H. Stein
February 8, 2008
Page 2

brief. Plaintiffs respectfully make this request with the consent of defendants' respective counsel.

Respectfully submitted,

SQUITIERI & FEARON, LLP

By: _____
    Lee Squitieri (LS-1684)

LS:mm

**VIA TELECOPIER**

cc:   Richard A. Rosen, Esq.
      Paul, Weiss, Rifkin, Wharton & Garrison LLP

      Christopher Green, Esq.
      Ropes & Gray, LLP