UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
BERT VLADIMIR, individually and on : Civil Action No.:
behalf of all others similarly situated, : 07-CIV-6416 (SHS)
 :
                     Plaintiff, :
 :
  -against- :
 :
BIOENVISION, INC., ET. AL. :
 :
                    Defendants. :
 :
------------------------------------------------------------X

**DECLARATION OF MARIA J. CICCIA IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS THE
AMENDED SUPPLEMENTAL CLASS ACTION COMPLAINT**

I, Maria J. Ciccia, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.    I am an associate of the law firm of Squitieri & Fearon, LLP. I make this declaration in opposition to defendants' motions to dismiss the Supplemental Amended Class Action Complaint.

2.    Annexed hereto as Exhibit A is a true and correct copy of plaintiffs Supplemental Amended Class Action Complaint.

3.    Annexed hereto as Exhibit B is a true and correct copy of the Schedule 13 D/A of Perseus-Soros dated December 23, 2004

4.    Annexed hereto as Exhibit C is a true and correct copy of the Verified Amended Complaint of David P. Luci.

5.    Annexed hereto as Exhibit D is a true and correct copy of Bioenvision press release dated February 8, 2007.

6. Annexed hereto as Exhibit E is a true and correct copy of Bioenvision press release dated April 2, 2007.

7. Annexed hereto as Exhibit F is a true and correct copy of Bioenvision press release dated May 7, 2007.

8. Annexed hereto as Exhibit G is a true and correct copy of Bioenvision press release dated May 8, 2007.

9. Annexed hereto as Exhibit H is a true and correct copy of Bioenvision Quarterly Report on Form 10-Q for the quarter ended March 31, 2007.

10. Annexed hereto as Exhibit I is a true and correct copy of Registration Statement and Prospectus filed April 2, 2007.

Executed this 29th day of February 2008 at New York, New York.

_____
MARIA J. CICCIA