# EXHIBIT D

**News**

Press Releases

# Press Releases

Bioenvision Reports Second Quarter 2007 Financial Results;
Evoltra® Sales Double Over Last Quarter

Listen to Webcast

**New York, NY - February 8, 2007** - Bioenvision, Inc. (NasdaqGM:BIVN) today announced financial results for the second quarter ended December 31, 2006. Results and recent events include:

- Bioenvision marks record quarterly revenue of $4.5 million as Evoltra® (clofarabine) sales doubled from the first quarter of 2007
- Bioenvision files with the EMeA for label extension of Evoltra® in elderly AML
- ASH conference spotlights pivotal filing data from study BIOV-121
- Bioenvision appoints new Chief Financial Officer
- Bioenvision appoints General Manager for Bioenvision JapanCo.
- Bioenvision out-licenses worldwide rights to its Oligon® technology

"We are very pleased with the impact our sales and marketing organization has had since the formal launch of Evoltra® in September," said Christopher B. Wood, M.D., Bioenvision's Chairman and Chief Executive Officer. "The revenue growth in the pediatric indication, our filing for a label extension into adult Acute Myeloid Leukemia (AML) and our progress towards bringing Evoltra into Japan are significant achievements for Bioenvision, and we remain focused on continuing to execute on our global development and commercialization strategy for Evoltra in the months ahead."

**Financial Review**
Total revenue for the quarter ended December 31, 2006 was $4.5 million, compared to $1.1 million for the same period in 2005. This increase of approximately 309% is due to an increase in net product sales of Evoltra®, as well as an increase in license and royalty revenue of approximately $265,000. Net product sales of Evoltra® for the quarter ended December 31, 2006 totaled $3.6 million compared to $1.8 million for the previous quarter ending September 30, 2006 representing an increase of 100%.

Revenues for the six months ended December 31, 2006 were approximately $7.4 million and $1.8 million, respectively, representing an increase of 311%. This increase is due to the approval of Evoltra® in May 2006 and commercial

sales commencing in the fourth quarter of 2006.

Selling, general and administrative expenses for the quarter ended December 31, 2006 were $6.3 million, compared to $2.6 million for the same period in 2005 representing an increase of 142%. The increase is primarily due to the expansion of the sales force in Europe. The Company also recognized an increase in stock-based compensation of $712,000.

Selling, general and administrative expenses for the six months ended December 31, 2006 and 2005 were approximately $11.8 million and $5.5 million, respectively, representing an increase of 115%. This increase is due to the build out of the sales force in the EU after receiving marketing authorization for Evoltra® in May of 2006 as well as the launch of Evoltra® during the first quarter of 2007, and increased overhead costs of the company. The Company also recognized an increase in stock-based compensation of $923,000.

Research and development costs for the three months ended December 31, 2006 and 2005 were approximately $4.3 million and $2.0 million, respectively. This increase of 115% is due to the Company's increased development activities, including the cost of participation in the ongoing AML-16 study, BIOV-111, BIOV-121, and psoriasis studies.

Research and development costs for the six months ended December 31, 2006 and 2005 were approximately $13.6 million and $4.4 million, respectively. This increase of 209% is due to the signing of the Japanese license agreement of approximately $4.0 million during the first quarter of fiscal 2007, along with the costs associated with clinical development and regulatory activities.

Net loss applicable to shareholders was approximately $7.0 million or $0.16 loss per share for the three months ended December 31, 2006 compared with net loss available to shareholders of approximately $3.9 million or $0.10 per share for the three months ended December 31, 2005. Net loss applicable to shareholders was approximately $19.2 million or $0.46 per share for the six months ended December 31, 2006 as compared to approximately $8.8 million or $0.22 per share for the six months ended December 31, 2005.

Bioenvision had cash and cash equivalents and short-term investments at December 31, 2006 of $29.1 million compared with $45.0 million at June 30, 2006. The decrease in the cash position is due to the cash burn associated with an increase in the Company's development activities and clinical studies of Evoltra® in Europe, including the process of filing for approval of the first label expansion for Evoltra® and the general administrative costs associated with the marketing of Evoltra®.

**Conference Call and Webcast Information**
Management will conduct a conference call today, February 8, 2007 at 10:00AM Eastern Time to review the financial and corporate results for the second quarter 2007. The dial-in number and passcode information are as follows and a replay of the call and webcast will be available for 14 days from today:

Toll free (US & Canada): 866-585-6398
International: 416-849-9626
Webcast: www.bioenvision.com

Replay number (US & Canada): 866-245-6755
Replay number international: 416-915-1035

Replay passcode: 752762
Webcast replay: www.bioenvision.com

**About Bioenvision**

Bioenvision's primary focus is the acquisition, development, and marketing of compounds and technologies for the treatment of cancer. Bioenvision has a broad pipeline of products for the treatment of cancer, including: Evoltra®, Modrenal® (for which Bioenvision has obtained regulatory approval for marketing in the United Kingdom for the treatment of post-menopausal breast cancer following relapse to initial hormone therapy), and other products. Bioenvision is also developing anti-infective technologies, including the OLIGON® technology; an advanced biomaterial that has been incorporated into various FDA approved medical devices and Suvus®, an antimicrobial agent currently in clinical development for refractory chronic hepatitis C infection. For more information on Bioenvision please visit our Web site at www.bioenvision.com.

*Certain statements contained herein are "forward-looking" statements (as such term is defined in the Private Securities Litigation Reform Act of 1995). Because these statements include risks and uncertainties, actual results may differ materially from those expressed or implied by such forward-looking statements. Specifically, factors that could cause actual results to differ materially from those expressed or implied by such forward-looking statements include, but are not limited to: risks associated with preclinical and clinical developments in the biopharmaceutical industry in general and in Bioenvision's compounds under development in particular; the potential failure of Bioenvision's compounds under development to prove safe and effective for treatment of disease; uncertainties inherent in the early stage of Bioenvision's compounds under development; failure to successfully implement or complete clinical trials; failure to receive marketing clearance from regulatory agencies for our compounds under development; acquisitions, divestitures, mergers, licenses or strategic initiatives that change Bioenvision's business, structure or projections; the development of competing products; uncertainties related to Bioenvision's dependence on third parties and partners; and those risks described in Bioenvision's filings with the SEC. Bioenvision disclaims any obligation to update these forward-looking statements.*

**Reconciliation of Non-US GAAP Financial Measure**

Adjusted net loss applicable to common stockholders defined as net loss applicable to common shareholders less one-time expense for the Japanese license agreement and stock-based compensation recorded for the three and six months ended December 31, 2006 and 2005, respectively.

|  | Three Months Ended December 31 (unaudited) | | Six Months Ended December 31 (unaudited) | |
| --- | --- | --- | --- | --- |
|  | 2006 | 2005 | 2006 | 2005 |
| Net loss applicable to common stockholders, as reported | $ (6,997,477) | $ (3,878,931) | $(19,208,239) | $(8,768,591) |
| Add: Stock-based compensation | $ 1,137,752 | $ 496,571 | $ 1,760,247 | $ 978,319 |
| Add: One-time charge for Japanese license agreement | $ - | $ - | $ 3,953,074 | $ - |

|  |  |  |  |  |
|---|---|---|---|---|
| Adjusted net loss applicable to common stockholders | $ (5,859,725) | $ (3,382,360) | $(13,494,918) | $(7,790,272) |
| Basic and diluted net loss per share of common stock, as reported | $ (0.16) | $ (0.10) | $(0.46) | $ (0.22) |
| Adjusted basic and diluted net loss per share of common stock | $ (0.14) | $ (0.08) | $(0.32) | $ (0.19) |
| Weighted-average shares used in computing basic & diluted net loss per share | 42,455,186 | 40,762,508 | 41,956,064 | 40,761,636 |

## BIOENVISION, INC. AND SUBSIDIARIES
## CONDENSED CONSOLIDATED BALANCE SHEETS

| ASSETS | December 31, 2006 (unaudited) | June 30, 2006 |
|---|---|---|
| **Current assets** | | |
| Cash and cash equivalents | $ 7,721,121 | $ 3,377,937 |
| Short-term investments | 21,393,202 | 41,637,106 |
| Accounts receivable, net of allowances of $871,000 and $899,000 | 5,559,085 | 2,369,446 |
| Inventories | 887,269 | 427,514 |
| Other current assets | 1,707,092 | 844,810 |
| Total current assets | 37,267,769 | 48,656,813 |
| Property and equipment, net | 329,278 | 273,632 |
| Intangible assets, net | 7,130,065 | 7,549,520 |
| Goodwill | 1,540,162 | 1,540,162 |
| Other assets | 242,771 | 706,840 |
| Deferred costs | 3,402,897 | 3,523,497 |
| Total assets | $ 49,912,942 | $ 62,250,464 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Current liabilities** | | |
| Accounts payable | $ 3,654,581 | $ 1,557,507 |

|  |  |  |
|---|---:|---:|
| Accrued expenses | 9,114,318 | 6,464,445 |
| Accrued dividends payable | 57,328 | 56,404 |
| Deferred revenue | 513,662 | 513,662 |
| Total current liabilities | 13,339,889 | 8,592,018 |
| Deferred revenue | 6,813,888 | 7,070,725 |
| Total liabilities | 20,153,777 | 15,662,743 |
| Commitments and contingencies |  |  |
| Stockholders' equity |  |  |
| Convertible participating preferred stock - $0.001 par value; 20,000,000 shares authorized; 2,250,000 shares issued and outstanding at December 31, 2006 and June 30, 2006 (liquidation preference $6,750,000) | 2,250 | 2,250 |
| Common stock - par value $0.001; 70,000,000 shares authorized; 42,982,740 and 41,456,616 shares issued and outstanding at December 31, 2006 and June 30, 2006, respectively | 42,983 | 41,457 |
| Additional paid-in capital | 135,780,446 | 133,604,996 |
| Accumulated deficit | (105,775,507) | (86,567,268) |
| Receivable from stockholder | - | (340,606) |
| Accumulated other comprehensive loss | (291,007) | (153,108) |
| Total stockholders' equity | 29,759,165 | 46,587,721 |
| Total liabilities and stockholders' equity | $ 49,912,942 | $ 62,250,464 |

BIOENVISION, INC. AND SUBSIDIARIES
CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
(unaudited)

|  | Three Months Ended | Six Months Ended December 31 |
|---|---|---|

|  | December 31 (unaudited) |  | (unaudited) |  |
|---|---|---|---|---|
|  | 2006 | 2005 | 2006 | 2005 |
| **Revenue** |  |  |  |  |
| Net product sales | $ 3,687,285 | $ 173,980 | $ 5,561,779 | $ 368,976 |
| Licensing and royalty revenue | 809,355 | 543,919 | 1,799,433 | 944,049 |
| Research and development contract revenue | - | 373,408 | - | 448,500 |
| Total revenue | 4,496,640 | 1,091,307 | 7,361,212 | 1,761,525 |
| **Costs and expenses** |  |  |  |  |
| Cost of products sold, including royalty expense of $759,000 and $331,000 for the three months ended December 31, 2006 and 2005, respectively and $1,120,000 and $532,000 for the six months ended December 31, 2006 and 2005 | 897,593 | 438,018 | 1,320,321 | 766,309 |
| Research and development | 4,314,851 | 2,011,263 | 13,584,433 | 4,442,181 |
| Selling, general and administrative | 6,322,151 | 2,582,191 | 11,791,042 | 5,469,653 |
| Depreciation and amortization | 240,133 | 256,872 | 481,833 | 481,155 |
| Total costs and expenses | 11,774,728 | 5,288,344 | 27,177,629 | 11,159,298 |
| Loss from operations | (7,278,088) | (4,197,037) | (19,816,417) | (9,397,773) |
| Interest and finance charges | (9,384) | - | (57,068) | (66,761) |
| Interest income | 375,064 | 403,175 | 835,383 | 866,080 |
| Net loss | (6,912,408) | (3,793,862) | (19,038,102) | (8,598,454) |

| | | | | |
|---|---|---|---|---|
| Preferred stock dividend | (85,069) | (85,069) | (170,137) | (170,137) |
| Loss applicable to common stockholders | $ (6,997,477) | $ (3,878,931) | $(19,208,239) | $(8,768,591) |
| Basic and diluted net loss per share applicable to common stockholders | $ (0.16) | $ (0.10) | $ (0.46) | $ (0.22) |
| Weighted average shares used in computing basic and diluted net loss per share | 42,455,186 | 40,762,508 | 41,956,064 | 40,761,636 |

**CONTACTS:**

David P. Luci, Esq. (Investors)
Executive Vice President and General Counsel
davidluci@bioenvision.com
(212) 750-6700

Hugh S. Griffith (Media)
Chief Operating Officer
+44 (0) 131 248 3555

Mary Ann Ondish (Investors)
Investor Relations Manager
maryannondish@bioenvision.com
(212) 750 6700

+Back to top

© 2002-2007 Bioenvision :: All Rights Reserved :: Bioenvision Disclaimer