# EXHIBIT F

## News

**Press Releases**

## Press Releases

Bioenvision Receives $7.4 Million in Warrant Exercises by Perseus-Soros Biopharmaceutical Fund & SCO Capital

**New York, NY (May 7, 2007)** – Bioenvision, Inc. (NASDAQ: BIVN) announced today that it has received an aggregate of $7.4 million as a result of the exercise by existing company investors of previously issued warrants.

Perseus-Soros Biopharmaceutical Fund, L.P. exercised warrants to purchase 3,000,000 shares of Bioenvision common stock at a purchase price of $2.00 per share and SCO Capital and its affiliates exercised warrants to purchase an aggregate of 938,333 shares of our common stock at a purchase price of $1.50 per share. The warrants were issued originally in a private placement of common stock and warrants in May 2002 and have been exercisable since that date. The warrants would have expired on May 7, 2007 if not exercised. As a result of the exercise of the warrants, Bioenvision received net cash proceeds of $7.4 million.

"We are delighted with the progress Bioenvision has made, especially in connection with the clofarabine franchise, and anticipate a strong future for their lead drug," said Dennis Purcell, managing director of Perseus-Soros Biopharmaceutical Fund. "We remain confident in the drug's significant commercial and therapeutic potential," said Steven H. Rouhandeh, chairman of SCO Capital.

"We view the exercise of these warrants as a vote of confidence in the Company's execution capabilities and substantial future prospects. The $7.4 million in proceeds from this transaction strengthens Bioenvision's balance sheet and provides additional liquidity that will support our strategy to build shareholder value through, among other things, our ongoing clinical development programs for Evoltra® (clofarabine)," said Christopher B. Wood, M.D., Bioenvision's chairman and chief executive officer.

Bioenvision filed for a label extension of Evoltra® with the European Medicines Agency (EMEA) into the adult acute myeloid leukemia (AML) market in February 2007. Evoltra® is currently approved in Europe for the treatment of acute lymphoblastic leukemia (ALL) in pediatric patients who have relapsed or are refractory to at least two prior treatment regimens. Clofarabine is also in clinical development for the treatment of other hematological cancers and solid tumors. Bioenvision is conducting tests of Evoltra® in psoriasis and plans to investigate its potential in autoimmune diseases.

The shares of common stock issued upon exercise of the warrants have been registered for resale by the holders pursuant to a currently effective registration statement filed by the Company with the Securities and Exchange Commission. For additional information, please refer to Bioenvision's Current Report on Form 8-K to be filed by the Company with the Securities and Exchange Commission with respect to this transaction.

**About Bioenvision**

Bioenvision's primary focus is the acquisition, development, and marketing of compounds and technologies for the treatment of cancer. Bioenvision has a broad pipeline of products for the treatment of cancer, including: Evoltra®, Modrenal® (for which Bioenvision has obtained regulatory approval for marketing in the United Kingdom for the treatment of post-menopausal breast cancer following relapse to initial hormone therapy), and other products. Bioenvision is also developing anti-infective technologies, including the OLIGON® technology; an advanced biomaterial that has been incorporated into various FDA approved medical devices and Suvus®, an antimicrobial agent currently in clinical development for refractory chronic hepatitis C infection. For more information on Bioenvision please visit our Web site at www.bioenvision.com.

*Certain statements contained herein are "forward-looking" statements (as such term is defined in the Private Securities Litigation Reform Act of 1995). Because these statements include risks and uncertainties, actual results may differ materially from those expressed or implied by such forward-looking statements. Specifically, factors that could cause actual results to differ materially from those expressed or implied by such forward-looking statements include, but are not limited to: risks associated with preclinical and clinical developments in the biopharmaceutical industry in general and in Bioenvision's compounds under development in particular; the potential failure of Bioenvision's compounds under development to prove safe and effective for treatment of disease; uncertainties inherent in the early stage of Bioenvision's compounds under development; failure to successfully implement or complete clinical trials; failure to receive marketing clearance from regulatory agencies for our compounds under development; acquisitions, divestitures, mergers, licenses or strategic initiatives that change Bioenvision's business, structure or projections; the development of competing products; uncertainties related to Bioenvision's dependence on third parties and partners; and those risks described in Bioenvision's filings with the SEC. Bioenvision disclaims any obligation to update these forward-looking statements.*

**CONTACTS:**
James S. Scibetta
Chief Financial Officer
jscibetta@bioenvision.com
(212) 750-6700

+Back to top

© 2002-2007 Bioenvision :: All Rights Reserved :: Bioenvision Disclaimer