## CERTIFICATE OF SERVICE

I, Lee Squitieri, hereby certify that on March 3, 2008, I caused true and correct copies of the accompanying PLAINTIFFS' CORRECTED MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE AMENDED SUPPLEMENTAL CLASS ACTION COMPLAINT to be served upon counsel listed below by depositing a true copy of the same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York or otherwise indicated:

> Lee S. Gayer, Esq.
> Ropes & Gray LLP
> 1211 Avenue of the Americas
> New York, New York 10036-8704
>
> Christopher G. Green, Esq.
> Amy D. Roy, Esq.
> Ropes & Gray LLP
> One International Place
> Boston, Massachusetts 02210-2624
>
> Attorneys for Defendants Bioenvision, Inc.,
> Christopher B. Wood, Joseph P. Cooper,
> Steven A. Elms, Michael G. Kauffman,
> Andrew Schiff and James S. Scibetta
>
> Richard A. Rosen, Esq.
> Paul, Weiss, Rifkin, Wharton & Garrison LLP
> 1285 Avenue of the Americas
> New York, New York 10019
>
> Attorneys for Defendant Perseus-Soros Biopharmaceutical Fund, LP

_____
Lee Squitieri