USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08 (WD)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERT VLADIMIR, Individually and On Behalf Of All Other Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIOENVISION INC., CHRISTOPHER B. WOOD, JOSEPH P. COOPER, STEVEN A. ELMS, MICHAEL G. KAUFFMAN, ANDREW SCHIFF, JAMES S. SCIBETTA, and PERSEUS-SOROS BIOPHARMACEUTICAL FUND, LP,<br><br>Defendants. | Civil Action No. 07-CIV-6416 (SHS)<br><br>**STIPULATION AND PROPOSED ORDER** |

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that the time for Defendants Bioenvision, Inc., Christopher B. Wood, Joseph P. Cooper, Steven A. Elms, Michael G. Kauffman, Andrew Schiff, James S. Scibetta, and Perseus-Soros Biopharmaceutical Fund, LP ("Defendants") to respond to the Plaintiffs' Corrected* Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Amended Complaint herein, shall hereby be extended from the original date of March 20, 2008 to March 24, 2008. The parties previously requested an extension of the briefing schedule, which was granted on December 10, 2007.

10990022_1.DOC

Dated: New York, New York
March 20, 2008

| ROPES & GRAY LLP | SQUITIERI & FEARON, LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| John D. Donovan, Jr. | Lee Squitieri |
| Christopher G. Green | 32 East 57th Street |
| Amy D. Roy | 12th Floor |
| One International Place | New York, New York 10022 |
| Boston, MA 02210-2624 | lee@sfclasslaw.com |
| Telephone: (617) 951-7000 | Telephone: (212) 421-6492 |
| -and- | |
| Lee S. Gayer | Lead Counsel for Plaintiffs |
| 1211 Avenue of the Americas | |
| New York, New York 10036-8704 | |
| lee.gayer@ropesgray.com | Robert I. Harwood |
| Telephone: (212) 596-9000 | Jeffery M. Norton |
|  | HARWOOD FEFFER LLP |
|  | 488 Madison Avenue |
| Attorneys for Defendants Bioenvision, Inc., Christopher B. Wood, Joseph P. Cooper, Steven A. Elms, Michael G. Kauffman, Andrew Schiff, and James S. Scibetta | New York, New York 10022 |
|  | Telephone: (212) 935-7400 |
|  | |
|  | Jules Brody |
|  | STULL, STULL & BRODY |
|  | 6 East 45th Street |
|  | New York, New York 10017 |
|  | Telephone: (212) 687-7230 |
| PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP | Attorneys for Plaintiffs |
| By: *[signature]* | |
| Richard A. Rosen | |
| 1285 Avenue of the Americas | |
| New York, New York 10019 | |
| rrosen@paulweiss.com | SO ORDERED 3/24/08 |
| Telephone: (212) 373-3000 | *[signature]* |
| Attorneys for Defendant Perseus-Soros Biopharmaceutical Fund, LP | SIDNEY H. STEIN |
|  | U.S.D.J. |

10990022_1.DOC

2